IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>   Plaintiff,<br> v.<br><br>HUAWEI DEVICE CO. LTD. and HUAWEI DEVICE USA, INC.,<br><br>   Defendants. | CIVIL ACTION NO. 2:21-cv-00040<br><br>ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Gesture Technology Partners, LLC discloses the following corporate information as required by Rule 7.1 of the Federal Rules of Civil Procedure:

No parent corporation or publicly held corporation owns 10% or more of the stock of Plaintiff Gesture Technology Partners, LLC.

Dated: February 4, 2021   Respectfully submitted,

            By: */s/ Fred I. Williams*
            Fred I. Williams
            Texas State Bar No. 00794855
            Michael Simons
            Texas State Bar No. 24008042
            Jonathan L. Hardt
            Texas State Bar No. 24039906
            Chad Ennis
            Texas State Bar No. 24045834
            WILLIAMS SIMONS & LANDIS PLLC
            327 Congress Ave., Suite 490
            Austin, TX 78701
            Tel: 512-543-1354
            fwilliams@wsltrial.com

msimons@wsltrial.com
jhardt@wsltrial.com
cennis@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

ATTORNEYS FOR PLAINTIFF