IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>       Plaintiff,<br>v.<br><br>HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 2:21-cv-00040<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jonathan L. Hardt of the law firm Williams Simons & Landis PLLC files this notice of appearance as counsel for Gesture Technology Partners, LLC ("GTP"), is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of GTP, and requests CM/ECF notifications of filing in this case.

Dated: February 4, 2021        Respectfully submitted,

                                    By: */s/ Jonathan L. Hardt*
                                    Fred I. Williams
                                    Texas State Bar No. 00794855
                                    Michael Simons
                                    Texas State Bar No. 24008042
                                    Jonathan L. Hardt
                                    Texas State Bar No. 24039906
                                    Chad Ennis
                                    Texas State Bar No. 24045834
                                    WILLIAMS SIMONS & LANDIS PLLC
                                    327 Congress Ave., Suite 490
                                    Austin, TX 78701
                                    Tel: 512-543-1354
                                    fwilliams@wsltrial.com

msimons@wsltrial.com
jhardt@wsltrial.com
cennis@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Gesture Technology Partners, LLC*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on February 4, 2021, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Jonathan L. Hardt*
Jonathan L. Hardt