IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GESTURE TECHNOLOGY PARTNERS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **HUAWEI DEVICE CO., LTD.** and **HUAWEI DEVICE USA, INC.**, <br><br> Defendants. | No. 2:21-cv-040-JRG <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Huawei Device USA, Inc. ("HDUS"), through the undersigned counsel, respectfully moves the Court to extend the time for HDUS to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1) until May 6, 2021. HDUS seeks the extension to align its answer deadline with the answer deadline for related co-defendants Huawei Device Co., Ltd. *See* Dkt. 10 (waiver of service resulting in May 6, 2021 answer deadline). Thus, the requested extension will not cause delay in this action but, rather, greater efficiency for the Court and all parties. HDUS's counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension.

1

Dated: February 11, 2021                    Respectfully submitted,

                                                        By: */s/ Steven M. Geiszler*
                                                            Steven M. Geiszler
                                                            Texas Bar No. 24032227
                                                            FUTUREWEI TECHNOLOGIES, INC.
                                                            5700 Tennyson Parkway, Suite 600
                                                            Plano, Texas 75024
                                                            (214) 728-4735
                                                            steven.geiszler@futurewei.com

                                                            *Counsel for Defendants*
                                                            *Huawei Device USA, Inc. and*
                                                            *Huawei Device Co., Ltd.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that he communicated by email with counsel of record for Plaintiff Gesture Technology Partners LLC about the foregoing request for extension of time. Plaintiff's counsel stated that the motion is unopposed.

                                                            */s/ Steven M. Geiszler*
                                                            Steven M. Geiszler

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 11, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                            */s/ Steven M. Geiszler*
                                                            Steven M. Geiszler