# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GESTURE TECHNOLOGY PARTNERS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **HUAWEI DEVICE CO., LTD.** and **HUAWEI DEVICE USA, INC.**, <br><br> Defendants. | No. 2:21-cv-040-JRG <br><br> Jury Trial Demanded |

## ORDER

Pending before the Court is Defendant Huawei Device USA, Inc.'s ("HDUS") Motion for Extension of Time to Respond to Complaint (Dkt. 11). HDUS seeks the extension to align its answer deadline with the May 6, 2021, answer deadline for related co-defendants Huawei Device Co., Ltd. Plaintiff Gesture Technology Partners LLC does not oppose the requested extension.

It is therefore **ORDERED** that Defendant's Motion for Extension of Time to Respond to Complaint (Dkt. 11) is hereby **GRANTED**. Defendant Huawei Device USA, Inc. shall have until and including May 6, 2021, to answer or otherwise respond to the Complaint.