# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00040-JRG |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., | § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") filed by Defendant Huawei Device USA, Inc. ("HDUS"). (Dkt. No. 11). In the Motion, HDUS requests an extension of the deadline for it to Answer or otherwise respond to May 6, 2021 to align this deadline with its related co-defendant Huawei Device Co., Ltd. Plaintiff does not oppose the Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for HDUS to answer or otherwise respond is **extended** to **May 6, 2021**.

**So ORDERED and SIGNED this 12th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE