IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC.,<br><br>      Defendants. | C.A. 2:21-cv-00040-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC'S
UNOPPOSED MOTION TO WITHDRAW CHAD ENNIS AS COUNSEL**

COMES NOW Gesture Technology Partners, LLC ("GTP") Unopposed Motion for Withdrawal of Chad Ennis as Counsel. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, **GRANTED**.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that Chad Ennis of Williams Simons & Landis PLLC be withdrawn as an attorney of record for GTP.