# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00040-JRG (Lead Case) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00041-JRG (Member Case) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Robert Laurenzi, enters his appearance in this matter as counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic service of all papers in this action.

| | |
|---|---|
| DATED: April 27, 2021 | Respectfully submitted,<br><br>By: */s/ Robert Laurenzi*<br>Robert Laurenzi<br>robertlaurenzi@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br><br>*Attorney for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 27, 2021. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

 */s/ Robert Laurenzi*
 Robert Laurenzi