# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00040-JRG |
| | § | |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., | § § § | |
| Defendants. | | |

## ORDER

Before the Court is Plaintiff Gesture Technology Partners, LLC's Unopposed Motion to Withdraw Chad Ennis as Counsel (Dkt. No. 16) (the "Motion"). In the Motion, Plaintiff requests that Chad Ennis of Williams Simons & Landis PLLC be permitted to withdraw as counsel of record and represents that Plaintiff will continue to be represented by other counsel of record from Williams Simons & Landis PLLC.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Chad Ennis of Williams Simons & Landis PLLC be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Chad Ennis as counsel of record and all electronic notifications to him.

**So ORDERED and SIGNED this 28th day of April, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE