IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| GESTURE TECHNOLOGY PARTNERS LLC | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | Civil Action No. 2:21-CV-0040-JRG |
| v. | § | |
| HUAWEI DEVICE CO., LTD. and HUAWEI DEVICE USA, INC. | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 201 E. Houston Street, Henderson, Texas 75654 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Device Co., Ltd., and Huawei Device USA, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: May 4, 2021                                    Respectfully submitted,

                                        By:   */s/ J. Mark Mann*
                                               **J. Mark Mann**
                                               State Bar No. 12926150
                                               mark@themannfirm.com
                                               **G. Blake Thompson**
                                               State Bar No. 24042033
                                               blake@themannfirm.com
                                               **MANN | TINDEL | THOMPSON**
                                               201 E. Houston St.
                                               Henderson, Texas 75654
                                               (903) 657-8540
                                               (903) 657-6003 (fax)

                                        **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 4th day of May, 2021.

                                                          */s/ J. Mark Mann*
                                                          **J. Mark Mann**