IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS LLC | § § § § | |
| Plaintiff, | § § | Civil Action No. 2:21-CV-0040-JRG |
| v. | § § | |
| HUAWEI DEVICE CO., LTD. and HUAWEI DEVICE USA, INC. | § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 201 E. Howard Street, Henderson, Texas 75654 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Device Co., Ltd., and Huawei Device USA, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: May 4, 2021                    Respectfully submitted,


                                      By:    */s/ G. Blake Thompson*
                                             **G. Blake Thompson**
                                             State Bar No. 24042033
                                             blake@themannfirm.com
                                             **J. Mark Mann**
                                             State Bar No. 12926150
                                             mark@themannfirm.com
                                             **MANN | TINDEL | THOMPSON**
                                             201 E. Howard St.
                                             Henderson, Texas 75654
                                             (903) 657-8540
                                             (903) 657-6003 (fax)

                                             **ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 4th day of May, 2021.

                                              */s/G. Blake Thompson*
                                             **G. Blake Thompson**