# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | Civil Action |
| | No. 2:21-cv-00040-JRG (*Lead Case*) |
| Plaintiff, | |
| | Judge Rodney Gilstrap |
| v. | |
| HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., | *Electronically Filed* |
| Defendants. | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | Civil Action |
| | No. 2:21-cv-00041-JRG (*Member Case*) |
| Plaintiff, | |
| | Judge Rodney Gilstrap |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS HUAWEI DEVICE CO., LTD AND HUAWEI DEVICE USA, INC.'S PARTIAL MOTION TO DISMISS

AND NOW, this _____ day of _____, 2021, based upon **DEFENDANTS HUAWEI DEVICE CO., LTD AND HUAWEI DEVICE USA, INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is **GRANTED**. The allegations of induced infringement and willful infringement as to each Asserted Patent referenced in Plaintiff's Complaint are hereby **DISMISSED** with prejudice.