# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | ) ) ) | Civil Action |
| | ) | No. 2:21-cv-00040-JRG (*Lead Case*) |
| Plaintiff, | ) ) | |
| | ) | Judge Rodney Gilstrap |
| v. | ) ) | |
| HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., | ) ) ) | ***Electronically Filed*** |
| Defendants. | ) ) ) | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | ) ) ) | Civil Action |
| | ) | No. 2:21-cv-00041-JRG (*Member Case*) |
| Plaintiff, | ) ) | Judge Rodney Gilstrap |
| v. | ) ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Huawei Device Co. Ltd. and Huawei Device USA, Inc. state the following.

Huawei Device Co., Ltd. is a wholly-owned subsidiary of Huawei Device (Shenzhen) Co., Ltd. No publicly held corporation owns 10% or more of Huawei Device Co., Ltd.

Huawei Device USA, Inc. is a wholly-owned subsidiary of Huawei Device (Hong Kong) Co., Limited, which is a wholly owned subsidiary of Huawei Device (Shenzhen) Co., Ltd. No publicly held company owns 10% or more of Huawei Device USA, Inc.

Dated: May 6, 2021        Respectfully submitted,


By:  */s/ J. Mark Mann*
    J. Mark Mann
    State Bar No. 12926150
    mark@themannfirm.com
    G. Blake Thompson
    State Bar No. 24042033
    blake@themannfirm.com
    **MANN TINDEL & THOMPSON**
    201 E. Howard Street
    903.657.8540
    903.657.6003 (fax)

        *AND*

    Kent E. Baldauf, Jr. (PA ID No. 70793)
    Bryan P. Clark (PA ID No. 205708)
    **THE WEBB LAW FIRM**
    One Gateway Center
    420 Ft. Duquesne Blvd., Suite 1200
    Pittsburgh, PA 15222
    412.471.8815
    412.471.4094 (fax)
    kbaldaufjr@webblaw.com
    bclark@webblaw.com


    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2021, I electronically filed the foregoing **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

                                                */s/ J. Mark Mann*
                                                **J. Mark Mann**