Revised: 9/3/2015

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall ▼ DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

*APPROVED
By Nakisha Love at 11:48 am, May 10, 2021*

1. This application is being made for the following: Case # 2:21-cv-00040-JRG (lead)
Style/Parties: Gesture Technology Partners, LLC v. Huawei Device Co., Ltd., et al.
2. Applicant is representing the following party/ies: Plaintiff Gesture Technology Partners, LLC
3. Applicant was admitted to practice in Texas (state) on 11/03/2017 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
State of Texas
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Adam Livingston do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 05/10/2021    Signature /s/ Adam Livingston    (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Adam Livingston
Bar Number /State: 24106212
Firm Name: Williams Simons & Landis PLLC
Address/P.O. Box: 327 Congress Ave., Suite 490
City/State/Zip: Austin, TX 78709
Telephone #: 512-543-1359
Fax #:
E-mail Address: alivingston@wsltrial.com
Secondary E-Mail Address:

This application has been approved for the court on: **5/10/21**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _David A. O'Toole_
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**