**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. <br> AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**[PROPOSED] ORDER DENYING DEFENDANTS SAMSUNG ELECTRONICS CO.,
LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics

America Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). After due

consideration, the Court finds that Defendants Motion is without Merit.

Defendants Motion is therefore DENIED.

SO ORDERED.