# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>　　　　Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | C.A. NO. 2:21-cv-00041-JRG |

## [PROPOSED] ORDER DENYING DEFENDANTS HUAWEI DEVICE CO., LTD AND HUAWEI DEVICE USA, INC.'S PARTIAL MOTION TO DISMISS

Before the Court is Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc.'s Partial Motion to Dismiss (the "Motion"). After due consideration, the Court finds that Defendants' Motion is without merit.

Defendants' Motion is therefore DENIED.

SO ORDERED.