# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br>    Plaintiff <br> v. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br>    Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br>    Defendants. | C.A. NO. 2:21-cv-00041-JRG |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

The parties have met and conferred regarding a proposed Discovery Order and hereby request entry of the agreed Discovery Order, attached as exhibit 1.

| | |
|---|---|
| Dated: May 26, 2021 | Respectfully submitted, <br> By: */s/ Fred I. Williams* <br> Fred I. Williams <br> Texas State Bar No. 00794855 <br> Michael Simons <br> Texas State Bar No. 24008042 <br> WILLIAMS SIMONS & LANDIS PLLC <br> 327 Congress Ave., Suite 490 <br> Austin, TX 78701 <br> Tel: 512-543-1354 <br> fwilliams@wsltrial.com <br> msimons@wsltrial.com <br><br> Todd E. Landis <br> State Bar No. 24030226 <br> WILLIAMS SIMONS & LANDIS PLLC <br> 2633 McKinney Ave., Suite 130 #366 <br> Dallas, TX 75204 <br> Tel: 512-543-1357 <br> tlandis@wsltrial.com <br><br> John Wittenzellner |

1

Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants and counsel for Gesture Technology Partners, LLC met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams