# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00040-JRG (Lead Case) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00041-JRG (Member Case) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE PROPOSED PROTECTIVE ORDER

Before the Court is the Parties' Joint Motion to Extend Deadline to File Proposed Protective Order. Having considered the motion, and that it is joint, the motion is hereby granted. The Docket Control Order is hereby modified as follows:

| *Current Deadline* | *New Deadline* | |
|---|---|---|
| June 2, 2021 | June 3, 2021 | File Proposed Protective Order |

**IT IS SO ORDERED.**