IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE <br><br> JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC'S UNOPPOSED MOTION TO WITHDRAW C. MATTHEW ROZIER AS COUNSEL**

Plaintiff Gesture Technology Partners, LLC ("GTP") hereby files this Unopposed Motion to Withdraw as Counsel and respectfully requests that C. Matthew Rozier be permitted to withdraw herein as counsel of record for GTP. Plaintiff will continue to be represented by counsel of the firm Williams Simons & Landis PLLC.

Granting this Motion will cause no prejudice to any party or delay in this matter. Defendants are unopposed to this withdrawal.

Dated: June 11, 2021

Respectfully submitted,

By: */s/ C. Matthew Rozier*
C. Matthew Rozier
Colorado State Bar No. 46854
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-6583
mrozier@wsltrial.com
*Attorneys for Gesture Technology Partners, LLC.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(h). Counsel for both parties discussed the issues presented here via email on June 3, 2021. Defendants indicated that they were not opposed to the relief sought herein.

By: */s/ C. Matthew Rozier*
C. Matthew Rozier

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

By: */s/ C. Matthew Rozier*
C. Matthew Rozier