IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., <br><br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE <br> JURY TRIAL DEMANDED <br><br><br> C.A. NO. 2:21-cv-00041-JRG |

**ORDER GRANTING PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC'S UNOPPOSED MOTION TO WITHDRAW C. MATTHEW ROZIER AS COUNSEL**

COME NOW Plaintiff Gesture Technology Partners, LLC's ("GTP") Unopposed Motion for Withdrawal of C. Matthew Rozier as Counsel. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, **GRANTED**.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that C. Matthew Rozier be withdrawn as an attorney of record for GTP.