IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br><br> SAMSUNG ELECTRONICS CO., LTD. <br> AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE <br> JURY TRIAL DEMANDED <br><br><br> C.A. NO. 2:21-cv-00041-JRG |

**ORDER GRANTING PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC'S UNOPPOSED MOTION TO WITHDRAW JONATHAN L. HARDT AS COUNSEL**

COME NOW Plaintiff Gesture Technology Partners, LLC's ("GTP") Unopposed Motion for Withdrawal of Jonathan L. Hardt as Counsel. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, **GRANTED**.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that Jonathan L. Hardt be withdrawn as an attorney of record for GTP.