# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00040-JRG |
| | § | (LEAD CASE) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § | CIVIL ACTION NO. 2:21-CV-0041-JRG |
| | § | (MEMBER CASE) |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Gesture Technology Partners, LLC's Unopposed Motion to Withdraw Jonathan L. Hardt as Counsel (Dkt. No. 46) (the "Motion"). In the Motion, Plaintiff requests that Jonathan L. Hardt of Williams Simons & Landis PLLC be permitted to withdraw as counsel of record and represents that Plaintiff will continue to be represented by other counsel of record from Williams Simons & Landis PLLC.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Jonathan L. Hardt of Williams Simons & Landis PLLC be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Jonathan L. Hardt as counsel of record and all electronic notifications to him.

**So ORDERED and SIGNED this 18th day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE