# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, § § § Plaintiff § § v. § HUAWEI DEVICE CO., LTD., § HUAWEI DEVICE USA, INC., § § Defendants. § § | § | CASE NO. 2:21-cv-00040-JRG (Lead Case) JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC, § § § Plaintiff § § v. § SAMSUNG ELECTRONICS CO., LTD. § AND SAMSUNG ELECTRONICS § AMERICA, INC., § § Defendants. § § | § | CASE NO. 2:21-cv-00041-JRG (Member Case) JURY TRIAL DEMANDED |

**ORDER GRANTING SAMSUNG DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT CONTENTIONS AND/OR COMPEL INFRINGEMENT CONTENTIONS COMPLYING WITH THE COURT'S PATENT RULES**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion to Strike Plaintiff's Infringement Contentions and/or Compel Infringement Contentions Complying with the Court's Patent Rules.

Having considered the briefing and arguments of the parties, the Court finds that Defendants' motion is well taken and is hereby GRANTED. GTP is ordered to supplement its Amended Infringement Contentions to comply with Patent Rule 3-1(c), by providing reasonable notice of GTP's theory of infringement for *each* Accused Feature as used by the Accused Products.

The Court strikes all allegations as to newly-added Samsung products for which GTP has not obtained the requisite leave of Court and non-Samsung Accused Features.

      IT IS SO ORDERED.