IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § | |
| Plaintiff | § § | |
| v. | § § § | CASE NO. 2:21-cv-00040-JRG (Lead Case) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § | |
| Plaintiff | § § | |
| v. | § § § | CASE NO. 2:21-cv-00041-JRG (Member Case) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**P.R. 4-3 – JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

In accordance with the Court's Docket Control Order (D.I. 44) and Local Patent Rule 4-3, all parties to the above-captioned action hereby submit their Joint Claim Construction and Prehearing Statement regarding U.S. Patent Nos. 7,933,431, 8,194,924, 8,553,079, and 8,878,949.

**I.   CONSTRUCTION OF CLAIM TERMS ON WHICH THE PARTIES AGREE**

Pursuant to P.R. 4-3(a)(1), the parties have agreed on the following constructions:

| Claim Term | Agreed Construction |
|---|---|
| "a camera means associated with said housing for obtaining an image using reflected light of | Not means-plus-function |

| | |
|---|---|
| at least one object positioned by a user operating said object"<br><br>('431 Patent, Claim 7) | "a camera associated with said housing for obtaining an image using reflected light of at least one object positioned by a user operating said object" |

## II.  EACH PARTY'S PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM

Pursuant to P.R. 4-3(a)(2), the parties have attached a chart hereto as Appendix 1, which shows each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or file history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction, including but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses. Where intrinsic and extrinsic citations have been made for a particular claim term, phrase, or clause, they should be understood as applicable to each other instance where the same term, phrase, or clause appears elsewhere.

## III.  ANTICIPATED LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING

Pursuant to P.R. 4-3(a)(3), the parties anticipate that they will need a combined total of 3 hours for presentation at the Claim Construction Hearing.

## IV.  WITNESS TESTIMONY AT CLAIM CONSTRUCTION HEARING

Pursuant to P.R. 4-3(a)(4), the parties do not at this time anticipate calling witnesses at the Claim Construction Hearing.

## V.  OTHER ISSUES FOR PREHEARING CONFERENCE

Pursuant to P.R. 4-3(a)(5), the parties do not believe there are any prehearing issues to be addressed by the Court.

DATED:  July 16, 2021                       Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*


By: */s/ Christopher W. Kennerly*
Christopher W. Kennerly (TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (*pro hac vice*)
radheshdevendran@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Allan M. Soobert

allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Melissa R. Smith (TX Bar No. 24001351)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

/s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

*AND*

J. Mark Mann (TX ID No. 12926150)
G. Blake Thompson (TX ID No. 24042033)
**MANN TINDEL & THOMPSON**
201 E. Howard Street
903.657.8540
903.657.6003 (fax)
mark@themannfirm.com
blake@themannfirm.com

*Attorneys for Huawei Device Co., Ltd. and Huawei Device USA, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 16, 2021. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                        */s/ Christopher W. Kennerly*
                                                        Christopher W. Kennerly