IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| Plaintiff, | § | Case No. 2:21-cv-00040-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

Matthew S. Warren of Warren Lex LLP appears as counsel for defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc.

Date:   August 11, 2021

Respectfully submitted,

_____
Matthew S. Warren (California Bar No. 230565)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-040@cases.warrenlex.com

*Attorney for Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc.*

– 2 –

**CERTIFICATE OF SERVICE**

    I certify that on August 11, 2021, I filed the foregoing document under Local Rule CV-5 and served it on counsel of record through the Court's electronic filing system.

_____
Matthew S. Warren