# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>    Defendants. | CASE NO. 2:21-cv-00040-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br>    Defendants. | CASE NO. 2:21-cv-00041-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Defendants Huawei Device Co., Ltd., Huawei Device USA, Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby provide notice to the Court that they have submitted their technical tutorial to the Court via hand delivery on August 13, 2021.  A copy of the technical tutorial has been served upon Plaintiff's counsel of record *via* email on August 15, 2021.

Dated: August 15, 2021

Respectfully submitted,

 */s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Christopher W. Kennerly
(TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (pro hac vice)
radheshdevendran@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue

New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

***Attorney for Defendants***
***Samsung Electronics Company, Ltd., and***
***Samsung Electronics America, Inc.***

*/s/ Bryan P. Clark*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN TINDEL & THOMPSON
201 E. Howard Street
903.657.8540
903.657.6003 (fax)

Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

Matthew S. Warren
(California Bar No. 230565)
Jennifer A. Kash
(California Bar No. 203679)
Erika Warren
(California Bar No. 295570)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-040@cases.warrenlex.com

***Attorney for Defendants Huawei Device Co.,***
***Ltd.and Huawei Device USA, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of August, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*