# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO.  2:21-CV-00040-JRG |
| | | (LEAD CASE) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., | | |
| *Defendants,* | | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | | CIVIL ACTION NO.  2:21-CV-00041-JRG |
| | | (CONSOLIDATED CASE) |
| *Defendants*. | | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. Don Tiller as the Court's technical advisor in this case with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed.  Mr. Tiller's contact information is as follows:

Don Tiller
D. Tiller Law PLLC
2501 Parkview Drive, Suite 312
Fort Worth, TX 76102
www.dtillerlawpllc.com
office: 817-928-4361
mobile: 817-875-7052
don.tiller@dtillerlawpllc.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") no later than one business day after their filing in PDF form to don.tiller@dtillerlawpllc.com. If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 17th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE