# Exhibit N

# The Concise Oxford Dictionary

## of Current English

*First edited by*
H. W. Fowler and F. G. Fowler

NINTH EDITION

*Edited by*
Della Thompson

CLARENDON PRESS · OXFORD
1995

DEFTS_00000005

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York
Athens Auckland Bangkok Bombay
Calcutta CapeTown DaresSalaam Delhi
Florence HongKong Istanbul Karachi
KualaLumpur Madras Madrid Melbourne
MexicoCity Nairobi Paris Singapore
Taipei Tokyo Toronto
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1964, 1976, 1982, 1990, 1995

Published in the United States by
Oxford University Press Inc., New York

First edition 1911
New edition (revised) 1929
Third edition (with Addenda) 1934
Fourth edition 1951
Fifth edition 1964
Sixth edition 1976
Seventh edition 1982
Eighth edition 1990
Ninth edition 1995

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act, 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

This book is sold subject to the condition that it shall not, by way
of trade or otherwise, be lent, re-sold, hired out or otherwise circulated
without the publisher's prior consent in any form of binding or cover
other than that in which it is published and without a similar condition
including this condition being imposed on the subsequent purchaser

British Library Cataloguing in Publication Data
The Concise Oxford Dictionary of Current English.—9th ed.
1. English language—Dictionaries
I. Thompson, Della
ISBN 0-19-861320-2 thumb index
ISBN 0-19-861319-9 plain

Library of Congress Cataloging in Publication Data
The Concise Oxford Dictionary of Current English.—9th ed./edited by Della Thompson.
p. cm.
'First edited by H. W. Fowler and F. G. Fowler.'
ISBN 0-19-861319-9—ISBN 0-19-861320-2 (thumb index)
1. English language—Dictionaries.  I. Thompson, Della.  II. Fowler,
H. W. (Henry Watson), 1858-1933.  III. Fowler, F. G. (Francis
George), 1870-1918.
PE1628.C68  1990
423—dc20  89-72114  CIP

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America
on acid-free paper

Memorial Library
University of Wisconsin - Madison
728 State Street
Madison, WI 53706-1494

DEFTS_00000006

**germander speedwell** *n.* a creeping plant, *Veronica chamaedrys*, with germander-like leaves and blue flowers.

**germane** /dʒəˈmeɪn/ *adj.* (usu. foll. by *to*) relevant (to a subject under consideration). □ **germanely** *adv.* **germaneness** *n.* [variant of GERMAN]

**Germanic** /dʒəːˈmænɪk/ *adj. & n.* ● *adj.* **1** having German characteristics. **2** *hist.* of the Germans. **3** of the Scandinavians, Anglo-Saxons, or Germans. **4** of the languages or language group called Germanic. ● *n.* **1** the branch of Indo-European languages including English, German, Dutch, and the Scandinavian languages. **2** the (unrecorded) early language from which other Germanic languages developed. [Latin *Germanicus* (as GERMAN)]

**germanic** /dʒəːˈmænɪk/ *adj. Chem.* of or containing germanium, esp. in its tetravalent state.

**Germanist** /ˈdʒəːmənɪst/ *n.* an expert in or student of the language, literature, and civilization of Germany, or Germanic languages.

**germanium** /dʒəːˈmeɪnɪəm/ *n. Chem.* a lustrous brittle semi-metallic element occurring naturally in sulphide ores and used in semiconductors (symbol Ge). [modern Latin, from *Germanus* GERMAN]

**Germanize** /ˈdʒəːmənaɪz/ *v.tr. & intr.* (also **-ise**) make or become German; adopt or cause to adopt German customs etc. □ **Germanization** /-ˈzeɪʃ(ə)n/ *n.* **Germanizer** *n.*

**German measles** *n.pl.* (also treated as *sing.*) a contagious disease, rubella, with symptoms like mild measles.

**Germano-** /dʒəːˈmænəʊ, ˈdʒəːmənəʊ/ *comb. form* German; German and.

**germanous** /dʒəːˈmeɪnəs/ *adj. Chem.* containing germanium in the divalent state.

**German shepherd** *n.* (also **German shepherd dog**) an Alsatian.

**German silver** *n.* a white alloy of nickel, zinc, and copper.

**germ cell** *n.* **1** a cell containing half the number of chromosomes of a somatic cell and able to unite with one from the opposite sex to form a new individual; a gamete. **2** any embryonic cell with the potential of developing into a gamete.

**germicide** /ˈdʒəːmɪsaɪd/ *n.* a substance destroying germs, esp. those causing disease. □ **germicidal** /-ˈsaɪd(ə)l/ *adj.*

**germinal** /ˈdʒəːmɪn(ə)l/ *adj.* **1** relating to or of the nature of a germ or germs (see GERM 1). **2** in the earliest stage of development. **3** productive of new ideas. □ **germinally** *adv.* [Latin *germen germin-* 'sprout']

**germinate** /ˈdʒəːmɪneɪt/ *v.* **1 a** *intr.* sprout, bud, or put forth shoots. **b** *tr.* cause to sprout or shoot. **2 a** *tr.* cause (ideas etc.) to originate or develop. **b** *intr.* come into existence. □ **germination** /-ˈneɪʃ(ə)n/ *n.* **germinative** /-nətɪv/ *adj.* **germinator** *n.* [Latin *germinare germinat-* (as GERM)]

**germ layer** *n. Biol.* each of the three layers of cells (ectoderm, mesoderm, and endoderm) that are formed in the early embryo.

**germ line** *n. Biol.* a series of germ cells each descended from earlier cells in the series, regarded as continuing through successive generations of an organism.

**germon** /ˈdʒəːmən/ *n.* = ALBACORE 1. [French]

**germ plasm** *n.* germ cells collectively; their genetic material.

**germ warfare** *n.* the systematic spreading of micro-organisms to cause disease in an enemy population.

**Geronimo** /dʒəˈrɒnɪməʊ/ *int.* expressing exhilaration when leaping etc. [Name of an Apache chief, used as a slogan by US paratroopers in the Second World War]

**gerontocracy** /dʒɛrɒnˈtɒkrəsɪ/ *n.* **1** government by old people. **2** a state or society so governed. □ **gerontocrat** /dʒɛˈrɒntəkræt/ *n.* **gerontocratic** /-ˈkrætɪk/ *adj.* [Greek *gerōn -ontos* 'old man' + -CRACY]

**gerontology** /dʒɛrɒnˈtɒlədʒɪ/ *n.* the scientific study of old age, the process of ageing, and the special problems of old people. □ **gerontological** /-təˈlɒdʒɪk(ə)l/ *adj.* **gerontologist** *n.* [Greek *gerōn -ontos* 'old man' + -LOGY]

**-gerous** /dʒ(ə)rəs/ *comb. form* forming adjectives meaning 'bearing' (*lanigerous*). [from Latin *-ger* 'bearing' (from root of *gerere* 'to bear') + -OUS]

**gerrymander** /ˈdʒɛrɪmændə/ *v. & n.* (also *Brit.* **jerrymander**) ● *v.tr.* **1** manipulate the boundaries of (a constituency etc.) so as to give undue influence to some party or class. **2** manipulate (a situation etc.) to gain advantage. ● *n.* this practice. □ **gerrymanderer** *n.* [the name of Governor *Gerry* of Massachusetts + SALAMANDER, from the shape of a district on a political map drawn when he was in office (1812)]

**gerund** /ˈdʒɛrʌnd/ *n. Gram.* a form of a verb functioning as a noun, originally in Latin ending in *-ndum* (declinable), in English ending in *-ing* and used distinctly as a part of a verb (e.g. *do you mind my asking you?*). [Late Latin *gerundium* from *gerundum*, variant of *gerendum*, the gerund of Latin *gerere* 'do']

**gerundive** /dʒɛˈrʌndɪv/ *n. Gram.* a form of a Latin verb, ending in *-ndus* (declinable) and functioning as an adjective meaning 'that should or must be done' etc. [Late Latin *gerundivus* (*modus* 'mood') from *gerundium*; see GERUND]

**gesso** /ˈdʒɛsəʊ/ *n.* (*pl.* **-oes**) plaster of Paris or gypsum as used in painting or sculpture. [Italian, from Latin *gypsum*: see GYPSUM]

**gestalt** /gəˈʃtɑːlt, -ˈʃtalt/ *n. Psychol.* an organized whole that is perceived as more than the sum of its parts. □ **gestaltism** *n.* **gestaltist** *n.* [German, = form, shape]

**gestalt psychology** *n.* a system maintaining that perceptions, reactions, etc., are gestalts.

**Gestapo** /gəˈstɑːpəʊ/ *n.* **1** the German secret police under Nazi rule. **2** *derog.* an organization compared to this. [German, from *Ge*heime *Sta*ats*po*lizei]

**gestate** /dʒɛˈsteɪt/ *v.tr.* **1** carry (a foetus) in gestation. **2** develop (an idea etc.).

**gestation** /dʒɛˈsteɪʃ(ə)n/ *n.* **1 a** the process of carrying or being carried in the womb between conception and birth. **b** this period. **2** the private development of a plan, idea, etc. [Latin *gestatio* from *gestare*, frequentative of *gerere* 'carry']

**gesticulate** /dʒɛˈstɪkjʊleɪt/ *v.* **1** *intr.* use gestures instead of or in addition to speech. **2** *tr.* express with gestures. □ **gesticulation** /-ˈleɪʃ(ə)n/ *n.* **gesticulative** /-lətɪv/ *adj.* **gesticulator** *n.* **gesticulatory** /-lət(ə)rɪ/ *adj.* [Latin *gesticulari* from *gesticulus*, diminutive of *gestus* GESTURE]

**gesture** /ˈdʒɛstʃə/ *n. & v.* ● *n.* **1** a movement of a limb or the body as an expression of thought or feeling. **2** the use of such movements esp. to convey feeling or as a rhetorical device. **3** an action to evoke a response or convey intention, usu. friendly (*goodwill gesture*). ● *v.tr. & intr.* gesticulate. □ **gestural** *adj.* [Middle English via medieval Latin *gestura* from Latin *gerere gest-* 'wield']

**get** /gɛt/ *v. & n.* ● *v.* (**getting**; *past got* /gɒt/ *or archaic* **gat**/gat/; *past part.* **got** *or N. Amer.* (and in *comb.*) **gotten** /ˈgɒt(ə)n/) **1** *tr.* come into the possession of; receive or earn (*get a job*; *got £200 a week*; *got first prize*). **2** *tr.* fetch, obtain, procure, purchase (*get my book for me*; *got a new car*). **3** *tr.* go to reach or catch (a bus, train, etc.). **4** *tr.* prepare (a meal etc.). **5** *intr. & tr.* reach or cause to reach a certain state or condition; become or cause to become (*get rich*; *get one's feet wet*; *get to be famous*; *got them ready*; *got him into trouble*). **6** *tr.* obtain as a result of calculation. **7** *tr.* contract (a disease etc.). **8** *tr.* establish or be in communication with via telephone or radio; receive (a radio signal). **9** *tr.* experience or suffer; have inflicted on one; receive as one's lot or penalty (*got four years in prison*). **10 a** *tr.* succeed in bringing, placing, etc. (*get it round the corner*; *cannot get the key into the lock*; *get it on to the agenda*; *flattery will get you nowhere*). **b** *intr. & tr.* succeed or cause to succeed in coming or going (*will get you there somehow*; *got absolutely nowhere*). **11** *tr.* (prec. by *have*)

contained part of an organism having a special vital function (*vocal organs*; *digestive organs*). **b** esp. *joc.* the penis. **3 a** medium of communication, esp. a newspaper or periodical which serves as the mouthpiece of a movement, political party, etc. **4** *archaic* a professionally trained singing voice. **5** *archaic* a region of the brain formerly held to be the seat of a particular faculty. [Middle English from Old English *organa* & Old French *organe*, via Latin *organum* from Greek *organon* 'tool']

**organ-blower** *n.* a person or mechanism working the bellows of an organ.

**organdie** /'ɔːg(ə)ndi, ɔː'gandi/ *n.* (US **organdy**) (*pl.* -ies) a fine translucent cotton muslin, usu. stiffened. [French *organdi*, of unknown origin]

**organelle** /ɔːgə'nɛl/ *n.* *Biol.* any of various organized or specialized structures which form part of a cell. [modern Latin *organella*, diminutive of *organum*: see ORGAN, -LE²]

**organ-grinder** *n.* the player of a barrel organ.

**organic** /ɔː'ganɪk/ *adj.* **1 a** *Physiol.* of or relating to a bodily organ or organs. **b** *Med.* (of a disease) affecting the structure of an organ. **2** (of a plant or animal) having organs or an organized physical structure. **3** produced or involving production without the use of chemical fertilizers, pesticides, etc. (*organic crop*; *organic farming*). **4** *Chem.* (of a compound etc.) containing carbon (opp. INORGANIC). **5 a** structural, inherent. **b** constitutional, fundamental. **6** organized, systematic, coordinated (*an organic whole*). **7** characterized by or designating continuous or natural development (*the company expanded through organic growth rather than acquisitions*). □ **organically** *adv.* [French *organique* via Latin *organicus* from Greek *organikos* (as ORGAN)]

**organic chemistry** *n.* the chemistry of carbon compounds (other than simple salts such as carbonates).

**organic law** *n.* a law stating the formal constitution of a country.

**organism** /'ɔːg(ə)nɪz(ə)m/ *n.* **1** a living individual consisting of a single cell or of a group of interdependent parts sharing the life processes. **2 a** an individual live plant or animal. **b** the material structure of this. **3** a whole with interdependent parts compared to a living being. [French *organisme* (as ORGANIZE)]

**organist** /'ɔːg(ə)nɪst/ *n.* the player of an organ.

**organization** /ɔːg(ə)nʌɪ'zeɪʃ(ə)n/ *n.* (also **-isation**) **1** the act or an instance of organizing; the state of being organized. **2** an organized body, esp. a business, government department, charity, etc. **3** systematic arrangement; tidiness. □ **organizational** *adj.* **organizationally** *adv.*

**organization man** *n.* a man who subordinates his individuality and his personal life to the organization he serves.

**organize** /'ɔːg(ə)nʌɪz/ *v.tr.* (also **-ise**) **1** give an orderly structure to, systematize. **b** put the affairs of (another person or oneself) into order; make arrangements for (a person). **2** *Brit.* **a** arrange for or initiate (a scheme etc.). **b** provide; take responsibility for (*organized some sandwiches*). **3** (often *absol.*) a enrol (new members) in a trade union, political party, etc. **b** form (a trade union or other political group). **4 a** form (different elements) into an organic whole. **b** form (an organic whole). **5** (esp. as **organized** *adj.*) make organic; make into a living being or tissue. □ **organizable** *adj.* [Middle English via Old French *organiser* and medieval Latin *organizare* from Latin (as ORGAN)]

**organizer** /'ɔːg(ə)nʌɪzə/ *n.* **1 a** a thing used for organizing objects, such as a handbag or folder with many compartments. **b** = PERSONAL ORGANIZER. **2** in senses of ORGANIZE.

**organ loft** *n.* a gallery in a church or concert room for an organ.

---

**organo-** /'ɔːg(ə)nəʊ, ɔː'ganəʊ/ *comb. form* **1** esp. *Biol.* organ. **2** *Chem.* organic, esp. in naming classes of organic compounds containing a particular element (*organochlorine*; *organophosphorus*). [Greek (as ORGAN)]

**organ of Corti** *n.* *Anat.* a structure in the inner ear of mammals, responsible for converting sound signals into nerve impulses. [named after A. *Corti*, Italian anatomist d. 1876]

**organoleptic** /ɔːg(ə)nə(ʊ)'lɛptɪk/ *adj.* affecting the organs of sense. [ORGANO- + Greek *lēptikos* 'disposed to take' from *lambanō* 'take']

**organometallic** /ɔːˌganəʊmɪ'talɪk/ *adj.* (of a compound) organic and containing a metal.

**organon** /'ɔːg(ə)nɒn/ *n.* an instrument of thought, esp. a means of reasoning or a system of logic. [Greek *organon* & Latin *organum* (as ORGAN): *Organon* was the title of Aristotle's logical writings, and *Novum* (new) *Organum* that of Bacon's]

**organotherapy** /ɔːg(ə)nəʊ'θɛrəpi/ *n.* the treatment of disease with extracts from animal organs, esp. glands.

**organ pipe** *n.* any of the pipes on an organ.

**organ-screen** *n.* an ornamental screen usu. between the choir and the nave of a church, cathedral, etc., on which the organ is placed.

**organ stop** *n.* **1** a set of pipes of a similar tone in an organ. **2** the handle of the mechanism that brings it into action.

**organum** /'ɔːg(ə)nəm/ *n.* (*pl.* **organa** /-nə/) *Mus.* (in medieval music) a part sung as an accompaniment below or above a melody.

**organza** /ɔː'ganzə/ *n.* a thin stiff transparent silk or synthetic dress fabric. [probably from *Lorganza* (US trade name)]

**organzine** /'ɔːg(ə)nziːn, -'ganziːn/ *n.* a silk thread in which the main twist is in a contrary direction to that of the strands. [French *organsin* from Italian *organzino*, of unknown origin]

**orgasm** /'ɔːgaz(ə)m/ *n.* & *v.* ● *n.* **1 a** the climax of sexual excitement, esp. during sexual intercourse. **b** an instance of this. **2** violent excitement; rage. ● *v.intr.* experience a sexual orgasm. □ **orgasmic** /-'gazmɪk/ *adj.* **orgasmically** /-'gazmɪk(ə)li/ *adv.* **orgastic** /-'gastɪk/ *adj.* **orgastically** /-'gastɪk(ə)li/ *adv.* [French *orgasme* or modern Latin from Greek *orgasmos*, from *orgaō* 'swell, be excited']

**orgeat** /'ɔːdʒæt/ *n.* a cooling drink made from barley or almonds and orange flower water. [French via Provençal *orjat*, from *ordi* 'barley', from Latin *hordeum* 'barley']

**orgiastic** /ɔːdʒɪ'astɪk/ *adj.* of or resembling an orgy. □ **orgiastically** *adv.* [Greek *orgiastikos* from *orgiastēs*, agent noun from *orgiazō* 'hold an orgy']

**orgulous** /'ɔːgjʊləs/ *adj.* *archaic* haughty; splendid. [Middle English via Old French *orguillus*, from *orguill* 'pride', from Frankish]

**orgy** /'ɔːdʒi/ *n.* (*pl.* **-ies**) **1** a wild drunken festivity, esp. one at which indiscriminate sexual activity takes place. **2** excessive indulgence in an activity. **3** (usu. in *pl.*) *Gk* & *Rom. Hist.* secret rites used in the worship of esp. Bacchus, celebrated with dancing, drunkenness, singing, etc. [originally *pl.*, from French *orgies* via Latin *orgia* from Greek *orgia* 'secret rites']

**oribi** /'ɒrɪbi/ *n.* (*pl.* same or **oribis**) a small S. African grazing antelope, *Ourebia ourebi*, having a reddish-fawn back and white underparts. [probably Nama or Bushman]

**oriel** /'ɔːrɪəl/ *n.* **1** a large polygonal recess built out usu. from an upper storey and supported from the ground or on corbels. **2** (in full **oriel window**) **a** any of the windows in an oriel. **b** the projecting window of an upper storey. [Middle English from Old French *oriol* 'gallery', of unknown origin]

**orient** *n.*, *adj.*, & *v.* ● *n.* /'ɔːrɪənt, 'ɒr-/ **1** (**the Orient**) *poet.* the east. **b** the countries east of the Mediterranean, esp. E. Asia; the East. **2** an orient pearl. ● *adj.* /'ɔːrɪənt, 'ɒr-/ **1** *poet.* oriental. **2** (of precious

ʌɪ my   aʊ how   eɪ day   əʊ no   ɪə near   ɔɪ boy   ʊə poor   ʌɪə fire   aʊə sour   (*see over for consonants*)

DEFTS_00000008

stones and esp. the finest pearls coming originally from the East) lustrous; sparkling; precious. **3** *archaic* a radiant. **b** (of the sun, daylight, etc.) rising. ● *v.* /ˈɔːrɪənt, ˈɒr-/ **1** *tr.* **a** a place or exactly determine the position of with the aid of a compass; settle or find the bearings of. **b** (often foll. by *towards*) bring (oneself, different elements, etc.) into a clearly understood position or relationship; direct. **2** *tr.* **a** a place or build (a church, building, etc.) facing towards the east. **b** bury (a person) with the feet towards the east. **3** *intr.* turn eastward or in a specified direction. □ **orient oneself** determine how one stands in relation to one's surroundings. [Middle English via Old French *orient*, *orienter* from Latin *oriens -entis* 'rising, sunrise, east', from *oriri* 'rise']

**oriental** /ˌɔːrɪˈent(ə)l, ˌɒr-/ *adj. & n.* ● *adj.* **1** (often **Oriental**) **a** of or characteristic of Eastern civilization etc. **b** of or concerning the East, esp. E. Asia. **2** (of a pearl etc.) orient. ● *n.* (esp. **Oriental**) a person of Oriental, esp. E. Asian descent. □ **orientalism** *n.* **orientalist** *n.* **orientalize** *v.intr. & tr.* (also -**ise**). **orientally** *adv.* [Middle English from Old French *oriental* or Latin *orientalis* (as ORIENT)]

■ **Usage** The term *Oriental*, when applied to people, may be considered offensive, especially in the United States where *Asian* is preferred.

**orientate** /ˈɔːrɪənteɪt, ˈɒr-/ *v.tr. & intr.* = ORIENT *v.* [probably a back-formation from ORIENTATION]

**orientation** /ˌɔːrɪənˈteɪʃ(ə)n, ˌɒr-/ *n.* **1** the act or an instance of orienting; the state of being oriented. **2** **a** a relative position. **b** a person's attitude or adjustment in relation to circumstances, esp. politically or psychologically. **3** an introduction to a subject or situation; a briefing. **4** the faculty by which birds etc. find their way home from a distance. □ **orientational** *adj.* [apparently from ORIENT]

**orientation course** *n.* esp. N. Amer. a course giving information to newcomers to a university etc.

**orienteering** /ˌɔːrɪənˈtɪərɪŋ, ˌɒr-/ *n.* a competitive sport in which runners cross open country with a map, compass, etc. □ **orienteer** *n. & v.intr.* [Swedish *orientering*, originally = orienting]

**orifice** /ˈɒrɪfɪs/ *n.* an opening, esp. the mouth of a cavity, a bodily aperture, etc. [French from Late Latin *orificium*, from *os oris* 'mouth' + *facere* 'make']

**oriflamme** /ˈɒrɪflam/ *n.* **1** *hist.* the sacred scarlet silk banner of St Denis given to early French kings by the abbot of St Denis on setting out for war. **2** a standard, a principle, or an ideal as a rallying point in a struggle. **3** a bright conspicuous object, colour, etc. [Middle English from Old French, from Latin *aurum* 'gold' + *flamma* 'flame']

**origami** /ˌɒrɪˈɡɑːmɪ/ *n.* the Japanese art of folding paper into decorative shapes and figures. [Japanese, from *oru* 'fold' + *kami* 'paper']

**origanum** /ɒˈrɪɡ(ə)nəm/ *n.* any plant of the genus *Origanum*, esp. wild marjoram (see MARJORAM). [Middle English via Latin *origanum* from Greek *origanon*]

**origin** /ˈɒrɪdʒɪn/ *n.* **1** a beginning or starting point; a derivation; a source (*a word of Latin origin*). **2** (often in *pl.*) a person's ancestry (*what are his origins?*). **3** *Anat.* a place at which a muscle is firmly attached. **b** a place where a nerve or blood vessel begins or branches from a main nerve or blood vessel. **4** *Math.* a fixed point from which coordinates are measured. [French *origine*, or via Latin *origo -ginis* from *oriri* 'rise']

**original** /əˈrɪdʒɪn(ə)l, ɒ-/ *adj. & n.* ● *adj.* **1** existing from the beginning; innate. **2** novel; inventive; creative (*has an original mind*). **3** serving as a pattern; not derivative or imitative; first-hand (*in the original Greek; has an original Rembrandt*). ● *n.* **1** an original model, pattern, picture, etc. from which another is copied or translated (*kept the copy and destroyed the original*). **2** an eccentric or unusual person. **3 a** a garment specially designed for a fashion collection. **b** a copy of such a garment made to order. □ **originally** *adv.* [Middle English from Old French *original* or Latin *originalis* (as ORIGIN)]

**original instrument** *n.* a musical instrument, or a copy of one, dating from the time the music played on it was composed.

**originality** /əˌrɪdʒɪˈnalɪtɪ/ *n.* (*pl.* -**ies**) **1** the power of creating or thinking creatively. **2** newness or freshness (*this vase has originality*). **3** an original act, thing, trait, etc.

**original print** *n.* a print made directly from an artist's own woodcut, etching, etc., and printed under the artist's supervision.

**original sin** *n.* the innate depravity of all mankind held to be a consequence of the Fall.

**originate** /əˈrɪdʒɪneɪt, ɒ-/ *v.* **1** *tr.* cause to begin; initiate. **2** *intr.* (usu. foll. by *from, in, with*) have as an origin; begin. □ **origination** /-ˈneɪʃ(ə)n/ *n.* **originative** /-nətɪv/ *adj.* **originator** *n.* [medieval Latin *originare* (as ORIGIN)]

**Orimulsion** /ˌɒrɪˈmʌlʃ(ə)n/ *n. propr.* (also **orimulsion**) an emulsion of bitumen in water, used as a fuel. [from *Orinoco* in Venezuela (the original source of the bitumen) + EMULSION]

**orinasal** /ˌɒrɪˈneɪz(ə)l/ *adj.* (esp. of French nasalized vowels) sounded with both the mouth and the nose [Latin *os oris* 'mouth' + NASAL]

**O-ring** *n.* a gasket in the form of a ring with a circular cross-section.

**oriole** /ˈɔːrɪəʊl, ˈɒrɪəl/ *n.* **1** any Old World bird of the genus *Oriolus*, many of which have brightly coloured plumage (see GOLDEN ORIOLE). **2** any New World bird of the genus *Icterus*, with similar coloration. [medieval Latin *oriolus* via Old French *oriol* from Latin *aureolus*, diminutive of *aureus* 'golden', from *aurum* 'gold']

**Orion** /əˈraɪən/ *n.* a brilliant constellation on the celestial equator visible from most parts of the earth. [Middle English via Latin from Greek *Oriōn*, the name of a legendary hunter]

**Orion's belt** *n.* three bright stars in a short line across the middle of the constellation.

**Orion's hound** *n.* = DOG-STAR.

**orison** /ˈɒrɪz(ə)n, -s(ə)n/ *n.* (usu. in *pl.*) *archaic* a prayer. [Middle English via Anglo-French *ureison*, Old French *oreison* from Latin (as ORATION)]

**-orium** /ˈɔːrɪəm/ *suffix* forming nouns denoting a place for a particular function (*auditorium; crematorium*). [Latin, neut. of adjectives ending in *-orius*. see -ORY]

**Oriya** /ɒˈriːjə/ *n.* **1** a native of the state of Orissa in India. **2** the Indo-European language of the Oriyas. [Hindi]

**orle** /ɔːl/ *n.* *Heraldry* a narrow band or border of charges near the edge of a shield. [French *o(u)rle* from *ourler* 'to hem', ultimately from Latin *ora* 'edge']

**Orlon** /ˈɔːlɒn/ *n. propr.* a man-made fibre and fabric for textiles and knitwear. [invented word, on the pattern of NYLON]

**orlop** /ˈɔːlɒp/ *n.* the lowest deck of a ship with three or more decks. [Middle English from Middle Dutch *overloop* 'covering', from *overloopen* 'run over' (as OVER-, LEAP)]

**ormer** /ˈɔːmə/ *n.* an edible abalone (mollusc), esp. *Haliotis tuberculata*, used as food in the Channel Islands. Also called *sea-ear*. [Channel Islands French from French *ormier*, from Latin *auris maris* 'ear of sea']

**ormolu** /ˈɔːməluː/ *n.* **1** (often *attrib.*) gilded bronze, a gold-coloured alloy of copper, zinc, and tin used to decorate furniture, make ornaments, etc. **2** articles made of or decorated with this. [French *or moulu* 'powdered gold' (for use in gilding)]

**ornament** *n. & v.* ● *n.* /ˈɔːnəm(ə)nt/ **1 a** a thing used or serving to adorn, esp. a small trinket, vase, figure, etc. (*a mantelpiece crowded with ornaments; her little ornament was a brooch*). **b** a quality or person conferring adornment, grace, or honour (*an ornament to her profession*). **2** decoration added to embellish esp. a building (*a tower rich in ornament*). **3** (in *pl.*) *Mus.* embellishments and decorations made to a melody.