# Exhibit O



# Merriam-Webster's Collegiate® Dictionary

# TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

DEFTS_00000019



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1995 by Merriam-Webster, Incorporated

Philippines Copyright 1995 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.

     p.   cm.
   Includes index.
   ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
   1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1995
423—dc20                             94-30967
                                              CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

101112131415RMcN95

DEFTS_00000020

of German descent   **c** : one whose native language is German and who is a native of a country other than Germany   **3   n** : the Germanic language spoken mainly in Germany, Austria, and parts of Switzerland   **b** : the literary and colloquial language of Germany   **4** *often not cap*   **a** : a dance consisting of intricate figures that are improvised and intermingled with waltzes   **b** *chiefly Midland* : a dancing party; *specif* : one at which the german is danced

**german** *adj* (1552) **1** : of, relating to, or characteristic of Germany, the Germans, or German

**German cockroach** *n* (1896) : a small active winged cockroach (*Blattella germanica*) prob. of African origin that is a common household pest in the U.S. — called also *Croton bug*

**ger·man·der** \(,)jar-'man-dar\ *n* [ultim. fr. Gk *chamaidrys*, fr. *chamai* on the ground + *drys* tree — more at HUMBLE, TREE] (15c) : any of a genus (*Teucrium*) of plants of the mint family with flowers having four exserted stamens, a short corolla tube, and a prominent lower lip

**ger·mane** \(,)jar-'mān\ *adj* [ME *germain*, lit., having the same parents, fr. MF] (14c)   **1** *obs* : closely akin   **2** : being at once relevant and appropriate : FITTING (omit details that are not ~ to the discussion)   **syn** see RELEVANT — **ger·mane·ly** *adv*

**¹Ger·man·ic** \(,)jar-'ma-nik\ *adj* (1633)   **1** : GERMAN   **2** : of, relating to, or characteristic of the Germanic-speaking peoples   **3** : of, relating to, or constituting Germanic

**Germanic** *n* (1892) : a branch of the Indo-European language family containing English, German, Dutch, Afrikaans, Flemish, Frisian, the Scandinavian languages, and Gothic — see INDO-EUROPEAN LANGUAGES table

**Ger·man·ism** \'jar-ma-,ni-zam\ *n* (1611)   **1** : a characteristic feature of German occurring in another language   **2** : partiality for Germany or German customs   **3** : the practices or objectives characteristic of the Germans

**Ger·man·ist** \-nist\ *n* (1831) : a specialist in German or Germanic language, literature, or culture

**ger·ma·ni·um** \,jar-'mā-nē-am\ *n* [NL, fr. ML *Germania* Germany] (1886) : a grayish white hard brittle metalloid element that resembles silicon and is used as a semiconductor — see ELEMENT table

**ger·man·ize** \'jar-ma-,niz\ *vb* **-ized; -iz·ing** *often cap, vt* (1598)   **1** *archaic* : to translate into German   **2** : to cause to acquire German characteristics   ~ *vi* : to have or acquire German customs or leanings — **ger·man·i·za·tion** \,jar-ma-na-'zā-shan\ *n, often cap*

**German measles** *n pl but sing or pl in constr* (ca. 1878) : an acute contagious virus disease that is milder than typical measles but is damaging to the fetus when occurring early in pregnancy

**Ger·ma·no-** *comb form* : German (*Germanophile*)

**¹Ger·ma·no·phile** \(,)jar-'ma-no-,fil\ *adj* (1898) : approving or favoring the German people and their institutions and customs

**Germanophile** *n* (1911) : one that is Germanophile

**German shepherd** *n* (1926) : any of a breed of working dogs of German origin that are intelligent and responsive and are often used in police work and as guide dogs for the blind — called also *Alsatian*

**German shorthaired pointer** *n* (1931) : any of a breed of gundogs of German origin that have a liver or liver and white coat

**German silver** *n* (1830) : a silver-white alloy of copper, zinc, and nickel

**German wirehaired pointer** *n* (ca. 1964) : any of a breed of gundogs of German origin that have a liver or liver and white flat-lying wiry coat

**germ cell** *n* (ca. 1855) : a gamete (as an egg or sperm cell) or one of its antecedent cells

**ger·men** \'jar-man\ *n* [L] (1605) *archaic* : GERM 1a, 2

**germ-free** \'jarm-,frē\ *adj* (1926) : free of microorganisms : AXENIC

**ger·mi·cid·al** \,jar-ma-'sī-d⁹l\ *adj* (ca. 1888) : of or relating to a germicide

**ger·mi·cide** \'jar-ma-,sīd\ *n* (1881) : an agent that destroys germs

**ger·mi·na·bil·i·ty** \,jar-ma-na-'bi-la-tē\ *n* (1896) : the capacity to germinate

**ger·mi·nal** \'jarm-nal, 'jer-ma-n⁹l\ *adj* [F, fr. L *germin-, germen* — more at GERM] (1808)   **1 a** : being in the earliest stage of development   **b** : CREATIVE, PRODUCTIVE   **2** : of, relating to, or having the characteristics of a germ cell or early embryo — **ger·mi·nal·ly** *adv*

**germinal vesicle** *n* (ca. 1856) : the enlarged nucleus of the egg before completion of meiosis

**ger·mi·nate** \'jar-ma-,nāt\ *vb* **-nat·ed; -nat·ing** [L *germinatus*, pp. of *germinare* to sprout, fr. *germin-, germen* bud, germ] *vi* (1610) : to cause to sprout or develop   ~ *vi*   **1** : to come into being : EVOLVE (before Western civilization began to ~ —A. L. Kroeber)   **2** : to begin to grow : SPROUT — **ger·mi·na·tion** \,jar-ma-'nā-shan\ *n* — **ger·mi·na·tive** \'jar-ma-,nā-tiv, -ma-na-\ *adj*

**germ layer** *n* (1879) : any of the three primary layers of cells differentiated in most embryos during and immediately following gastrulation

**germ plasm** *n* (1889)   **1** : germ cells and their precursors serving as the bearers of heredity and being fundamentally independent of other cells   **2** : the hereditary material of the germ cells : GENES

**germ-proof** \'jarm-,prüf\ *adj* (1902) : impervious to the penetration or action of germs

**germ theory** *n* (1871) : a theory in medicine: infections, contagious diseases, and various other conditions result from the action of microorganisms

**germ warfare** *n* (1938) : the use of harmful microorganisms (as bacteria) as weapons in war

**germy** \'jar-mē\ *adj* **germ·i·er; -est** (1912) : full of germs

**ge·ront-** or **geronto-** *comb form* [F *géront-, géronto-*, fr. Gk *geront-, gerōn*, fr. *geront-, gerōn* old man: akin to Gk *gēras* old age, Skt *jaranti* he grows old] : aged one : old age (*gerontology*)

**ge·ron·tic** \ja-'rän-tik\ *adj* (1885) : of or relating to decadence or old age

**ge·ron·toc·ra·cy** \,jer-an-'tä-kra-sē, n, pl -cies** [F *gérontocratie*, fr. *géront-* + *-cratie -cracy*] (1830) : rule by elders; *specif* : a form of social organization in which a group of old men or a council of elders dominates or exercises control — **ge·ron·to·crat** \ja-'rän-ta-,krat\ *n* — **ge·ron·to·crat·ic** \,rän-ta-'kra-tik\ *adj*

**ge·ron·tol·o·gy** \,jer-an-'tä-la-jē\ *n* [ISV] (1903) : the comprehensive study of aging and the problems of the aged — compare GERIATRIC I —

**ge·ron·to·log·i·cal** \ja-,rän-t⁹l-'ä-ji-kal\ *also* **ge·ron·to·log·ic** \-jik\ *adj* — **ger·on·tol·o·gist** \,jer-an-'tä-la-jist\ *n*

**ge·ron·to·mor·phic** \ja-,rän-ta-'mor-fik\ *adj* (1939) : characterized by physical specialization most fully developed in the aged male of a species (~ traits)

**¹ger·ry·man·der** \'jer-ē-,man-dar, *also* 'ger-; *orig* 'ger-\ *n* [Elbridge *Gerry* + *salamander*; fr. the shape of an election district formed during Gerry's governorship of Mass.] (1812)   **1** : the act or method of gerrymandering   **2** : a district or pattern of districts varying greatly in size or population as a result of gerrymandering

**²gerrymander** *vt* **-dered; -der·ing** \-d(a-)rin\ (1812)   **1** : to divide (a territorial unit) into election districts to give one political party an electoral majority in a large number of districts while concentrating the voting strength of the opposition in as few districts as possible   **2** : to divide (an area) into political units to give special advantages to one group (~ a school district)

**ger·und** \'jer-and\ *n* [LL *gerundium*, fr. L *gerundus*, gerundive of *gerere* to bear, carry on] (1513)   **1** : a verbal noun in Latin that expresses generalized or uncompleted action   **2** : any of several linguistic forms analogous to the Latin gerund in languages other than Latin; *esp* : the English verbal noun in *-ing* that has the function of a substantive and at the same time shows the verbal features of tense, voice, and capacity to take adverbial qualifiers and to govern objects

**ge·run·dive** \ja-'ran-div\ *n* (15c)   **1** : the Latin future passive participle that functions as the verbal adjective, that expresses the fitness or necessity of the action to be performed, and that has the same suffix as the gerund   **2** : a verbal adjective in a language other than Latin analogous to the gerundive

**ge·sell·schaft** \ga-'zel-,shäft\ *n* [G, companionship, society] (1887) : a rationally developed mechanistic type of social relationship characterized by impersonally contracted associations between persons; *also* : a community or society characterized by this relationship — compare GEMEINSCHAFT

**ges·ne·ri·ad** \ges-'nir-ē-,ad\ *n* [NL *Gesneria*, genus name, fr. Konrad *Gesner* †1565 Swiss naturalist] (ca. 1925) : any of a family (Gesneriaceae) of tropical herbs (as an African violet or gloxinia) with chiefly opposite leaves and highly zygomorphic flowers

**ges·so** \'je-(,)sō\ *n, pl* **gessoes** [It., gypsum, fr. L *gypsum*] (1596)   **1** : plaster of paris or gypsum prepared with glue for use in painting or making bas-reliefs   **2** : a paste prepared by mixing whiting with size or glue and spread upon a surface to fit it for painting or gilding — **ges·soed** \-(,)sōd\ *adj*

**gest** or **geste** \'jest\ *n* [ME *geste* — more at JEST] (13c)   **1** : a tale of adventures; *esp* : romance in verse   **2** : ADVENTURE, EXPLOIT

**ge·stalt** \ga-'stält, -'shtält, -'stölt, -'shtölt *n, pl* **ge·stalt·en** \-'stält-⁹n, -'shtäl-, -'stöl-, -'shtöl-\ or **ge·stalts** [G, lit., shape, form] (1922) : a structure, configuration, or pattern of physical, biological, or psychological phenomena so integrated as to constitute a functional unit with properties not derivable by summation of its parts

**ge·stalt·ist** \-'stäl-tist, -'shtäl-, -'stöl-, -'shtöl-\ *n, often cap* (1931) : a specialist in Gestalt psychology

**Gestalt psychology** *n* (1927) : the study of perception and behavior from the standpoint of an individual's response to configurational wholes with stress on the uniformity of psychological and physiological events and rejection of analysis into discrete events of stimulus, percept, and response

**ge·sta·po** \ga-'stä-(,)pō\ *n, pl* **-pos** [G, fr. *Geheime Staatspolizei*, lit., secret state police] (1934) : a secret-police organization employing underhanded and terrorist methods against persons suspected of disloyalty

**ges·tate** \'jes-,tāt\ *vb* **ges·tat·ed; ges·tat·ing** [back-formation fr. *gestation*] *vt* (1866)   **1** : to carry in the uterus during pregnancy   **2** : to conceive and gradually develop in the mind   ~ *vi* : to be in the process of gestation

**ges·ta·tion** \je-'stä-shan\ *n* [L *gestation-, gestatio*, fr. *gestare* to bear, freq. of *gerere* to bear] (1615)   **1** : the carrying of young in the uterus : PREGNANCY   **2** : conception and development esp. in the mind — **ges·ta·tion·al** \-shnal, -sha-n⁹l\ *adj*

**geste** *also* **gest** \'jest\ *n* [MF *geste*, fr. L *gestus*, fr. *gerere*] (14c)   **1** *archaic* : GESTURE   **2** *archaic* : GESTURE

**ges·tic** \'jes-tik\ *adj* (1764) : relating to or consisting of bodily movements or gestures

**ges·tic·u·lant** \je-'sti-kya-lant\ *adj* (1877) : making gesticulations (the little wiry man — and wild —William Faulkner)

**ges·tic·u·late** \je-'sti-kya-,lāt\ *vi* **-lat·ed; -lat·ing** [L *gesticulatus*, pp. of *gesticulari*, fr. (assumed) L *gesticulus*, dim. of L *gestus*] (ca. 1609) : to make gestures esp. when speaking — **ges·tic·u·la·tive** \je-'sti-kya-,lā-tiv\ *adj* — **ges·tic·u·la·tor** \-,lā-tar\ *n* — **ges·tic·u·la·to·ry** \-la-,tōr-ē, -,tör-\ *adj*

**ges·tic·u·la·tion** \je-,sti-kya-'lā-shan\ *n* (15c)   **1** : the act of making gestures : GESTURE; *esp* : an expressive gesture made in showing strong feeling or in enforcing an argument

**¹ges·ture** \'jes-char, 'jesh-\ *n* [ME, fr. ML *gestura* mode of action, fr. L *gestus*, pp. of *gerere*] (15c)   **1** *archaic* : CARRIAGE, BEARING   **2** : a movement usu. of the body or limbs that expresses or emphasizes an idea, sentiment, or attitude   **3** : the use of motions of the limbs or body as a means of expression   **4** : something said or done by way of formality or courtesy, as a symbol or token, or for its effect on the attitudes of others (a political ~ to draw popular support —V. L. Parrington) — **ges·tur·al** \-cha-ral\ *adj* — **ges·tur·al·ly** \-cha-ra-lē\ *adv*

**²gesture** *vb* **ges·tured; ges·tur·ing** *vi* (1542)   **1** : to make a gesture   ~ *vt* : to express or direct by a gesture

**gesture language** *n* (1865) : communication by gestures; *esp* : SIGN LANGUAGE — called also *gestural language*

**ge·sund·heit** \ga-'zúnt-,hīt\ *interj* [G, lit., health, fr. *gesund* healthy (fr. OHG *gisunt*) + *-heit* -hood — more at SOUND] (1914) — used to wish good health esp. to one who has just sneezed

\a\ abut \ᵊ\ kitten, F *table* \ar\ further \a\ ash \ā\ ace \ä\ mop, mar \aú\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ò\ law \ói\ boy \th\ thin \t͟h\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision \à, ḱ, ⁿ, œ, ü, ẽ, ʾ\ *see* Guide to Pronunciation

DEFTS_00000021

**or·gan·za** \or-'gan-zə\ *n* [prob. alter. of *Lorganza*, a trademark] (1820) : a sheer dress fabric (as of silk or nylon) resembling organdy

**or·gan·zine** \'or-gan-zēn\ *n* [F or It; F *organsin*, fr. It *organzino*] (1699) : a raw silk yarn used for warp threads in fine fabrics

**or·gasm** \'or-ˌga-zəm\ *n* [NL *orgasmus*, fr. Gk *orgasmos*, fr. *organ* to grow ripe, be lustful; prob. akin to Skt *ūrjā* sap, strength] (ca. 1763) : intense or paroxysmal excitement; *esp* : the climax of sexual excitement that is usu. accompanied by the ejaculation of semen in the male and vaginal contractions in the female — **or·gas·mic** \or-'gaz-mik\ *also* **or·gas·tic** \-'gas-tik\ *adj*

**or·geat** \'or-ˌzhä(t)\ *n* [F, fr. MF, fr. *orge* barley, fr. L *hordeum*; akin to OHG *gersta* barley] (1754) : a sweet almond-flavored nonalcoholic syrup used as a cocktail ingredient or food flavoring

**or·gi·as·tic** \or-jē-'as-tik\ *adj* [Gk *orgiastikos*, fr. *orgiazein* to celebrate orgies, fr. *orgia*] (1698) 1 : of, relating to, or marked by orgies 2 : characterized by unrestrained emotion : FRENZIED — **or·gi·as·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**or·gone** \'or-ˌgōn\ *n* [prob. fr. *orgasm* + *-one* (as in *hormone*)] (1942) : a vital energy held to pervade nature and be a factor in health in the theories of Wilhelm Reich

**or·gu·lous** \'or-gyə-ləs, -ga-\ *adj* [ME, fr. OF *orgueilleus*, fr. *orgueil* pride, of Gmc origin; akin to OHG *urguol* distinguished] (13c) : PROUD

**or·gy** \'or-jē\ *n*, *pl* **orgies** [MF *orgie*, fr. L *orgia*, pl., fr. Gk; akin to Gk *ergon* work — more at WORK] (ca. 1561) 1 : secret ceremonial rites held in honor of an ancient Greek or Roman deity and usu. characterized by ecstatic singing and dancing 2 a : drunken revelry b : a sexual encounter involving many people; *also* : an excessive sexual indulgence 3 : something that resembles an orgy in lack of control or moderation ⟨an ~ of destruction⟩

**-oria** *pl of* ORIUM

**-orial** *adj suffix* [ME, fr. L *-orius -ory* + ME *-al*] : of, belonging to, or connected with ⟨combinat*orial*⟩

**orib·a·tid** \o-'ri-bə-tad, ,or-ə-'ba-təd\ *n* [NL *Oribatidae* (coextensive with *Oribatoidea*), fr. *Oribata*, genus name, fr. Gk *oribatēs* walking the mountains, fr. *oros* mountain + *-batēs*, fr. *bainein* to go — more at ORIENT, COME] (1875) : any of a superfamily (Oribatoidea) of small oval eyeless nonparasitic mites having a heavily sclerotized integument with a leathery appearance — **oribatid** *adj*

**ori·el** \'or-ē-əl, 'or-\ *n* [ME, porch, oriel, fr. MF *oriol* porch] (14c) : a large bay window projecting from a wall and supported by a corbel or bracket

**ori·ent** \'or-ē-ənt, 'or-, -ē-ˌent\ *n* [ME, fr. MF, fr. L *orient-, oriens*, fr. prp. of *oriri* to rise; akin to Skt *ṛṇoti* he moves, arises, Gk *ornynai* to rouse, *oros* mountain] (14c) 1 *archaic* : EAST 1b 2 *cap* : EAST 2 3 a : a pearl of great luster b : the luster of a pearl

**²ori·ent** *adj* (15c) 1 *archaic* : ORIENTAL 1 2 a : LUSTROUS, SPARKLING ⟨~ gems⟩ b *archaic* : RADIANT, GLOWING 3 *archaic* : rising in the sky

**³ori·ent** \'or-ē-ˌent, 'or-\ *vt* [F *orienter*, fr. MF, fr. *orient*] (ca. 1741) 1 a : to cause to face or point to the east; *specif* : to build (a church or temple) with the longitudinal axis pointing eastward and the chief altar at the eastern end b : to set or arrange in any determinate position *esp*. in relation to the points of the compass c : to ascertain the bearings of 2 a : to set right by adjusting to facts or principles b : to acquaint with the existing situation or environment 3 : to direct (as a book or film) toward the interests of a particular group 4 : to cause the axes of the molecules of to assume the same direction

**ori·en·tal** \or-ē-'en-tᵊl, ,or-\ *adj* (14c) 1 *often cap* : of, relating to, or situated in the Orient 2 a : of superior grade, luster, or value b : being corundum or sapphire but simulating another gem in color 3 *often cap* : of, relating to, or having the characteristics of Orientals 4 *cap* : of, relating to, or constituting the biogeographic region that includes Asia south and southeast of the Himalayas and the Malay Archipelago west of Wallace's line — **ori·en·tal·ly** \-tᵊl-ē\ *adv*

**Oriental** *n* (15c) : a member of one of the indigenous peoples of the Orient

**oriental fruit moth** *n* (1921) : a small nearly cosmopolitan moth (*Grapholita molesta*) prob. of Japanese origin whose larva is injurious to the twigs and fruit of orchard trees and esp. the peach — called also *oriental peach moth*

**Ori·en·ta·lia** \or-ē-ən-'tāl-yə, ,or-, -ˌen-, -'tä-lē-ə\ *n pl* [NL] (1903) : materials concerning or characteristic of the Orient

**ori·en·tal·ism** \or-ē-'en-tᵊl-ˌi-zəm\ *n*, *often cap* (1769) 1 : a trait, custom, or habit of expression characteristic of oriental peoples 2 : scholarship or learning in oriental subjects — **ori·en·tal·ist** \-tᵊl-ist\ *n*, *often cap*

**ori·en·tal·ize** \-i-ᵊl-ˌīz\ *vb* -ized; -iz·ing *vt* (1823) *often cap* : to make oriental ~ *vi, often cap* : to become oriental

**Oriental poppy** *n* (1731) : an Asian perennial poppy (*Papaver orientale*) that is commonly cultivated for its large showy flowers

**Oriental rug** *n* (1881) : a handwoven or hand-knotted one-piece rug or carpet made in the Orient — called also *Oriental carpet*

**ori·en·tate** \'or-ē-ən-ˌtāt, 'or-, -ˌen-\ *vb* -tat·ed; -tat·ing *vt* (1849) : ORIENT ~ *vi* : to face or turn to the east

**ori·en·ta·tion** \or-ē-ən-'tā-shən, ,or-, -ˌen-\ *n* (1839) 1 a : the act or process of orienting or of being oriented b : the state of being oriented; *broadly* : ARRANGEMENT, ALIGNMENT 2 : a usu. general or lasting direction of thought, inclination, or interest 3 : change of position by organs, organelles, or organisms in response to external stimulus — **ori·en·ta·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **ori·en·ta·tion·al·ly** *adv*

**ori·ent·ed** \'or-ē-ˌen-təd, 'or-\ *adj* (1944) : intellectually, emotionally, or functionally directed ⟨humanistically ~ scholars⟩

**ori·en·teer** \or-ē-ən-'tir, ,or-, -ˌen-\ *n* [back-formation fr. *orienteering*] (1965) : one who engages in orienteering

**ori·en·teer·ing** \or-ē-ən-'tir-iŋ, ,or-, -ˌen-\ *n* [modif. of Sw *orientering*, fr. *orientera* to orient] (1948) : a cross-country race in which each participant uses a map and compass to navigate between checkpoints along an unfamiliar course

**or·i·fice** \'or-ə-fəs, 'är-\ *n* [ME, fr. MF, fr. LL *orificium*, fr. L *or-, os* mouth + -*facere* to make, do — more at ORAL, DO] (15c) : an opening (as a vent, mouth, or hole) through which something may pass — **or·i·fi·cial** \or-ə-'fi-shal, ,är-\ *adj*

**ori·flamme** \'or-ə-ˌflam, 'är-\ *n* [ME *oriflamble*, the banner of St. Denis, fr. MF, fr. ML *aurea flamma*, lit., golden flame] (1600) : a banner, symbol, or ideal inspiring devotion or courage

**ori·ga·mi** \or-ə-'gä-mē\ *n* [Jp, fr. *ori* fold + *kami* paper] (1956) : the Japanese art or process of folding squares of paper into representational shapes

**orig·a·num** \ə-'ri-gə-nəm\ *n* [ME, fr. L, wild marjoram, fr. Gk *origanon*] (14c) : any of several aromatic mints (esp. genus *Origanum*) used as seasonings; *esp* : OREGANO 1

**or·i·gin** \'or-ə-jən, 'är-\ *n* [ME *origine*, prob. fr. MF, fr. L *origin-, origo*, fr. *oriri* to rise — more at ORIENT] (15c) 1 : ANCESTRY, PARENTAGE 2 a : rise, beginning, or derivation from a source b : the point at which something begins or rises or from which it derives ⟨the ~ of the custom is forgotten⟩; *also* : something that creates, causes, or gives rise to another ⟨this spring is the ~ of the brook⟩ 3 : the more fixed, central, or larger attachment of a muscle 4 : the intersection of coordinate axes

**syn** ORIGIN, SOURCE, INCEPTION, ROOT mean the point at which something begins its course or existence. ORIGIN applies to the things or persons from which something is ultimately derived and often to the causes operating before the thing itself comes into being ⟨an investigation into the *origin* of baseball⟩. SOURCE applies more often to the point where something springs into being ⟨the *source* of the Nile⟩ ⟨the *source* of recurrent trouble⟩. INCEPTION stresses the beginning of something without implying causes ⟨the business has been a success since its inception⟩. ROOT suggests a first, ultimate, or fundamental source often not easily discerned ⟨the real *root* of the violence⟩.

**¹orig·i·nal** \ə-'rij-ə-nᵊl, -'rij-nəl\ *n* (14c) 1 *archaic* : the source or cause from which something arises; *specif* : ORIGINATOR 2 a : that from which a copy, reproduction, or translation is made b : a work composed firsthand 3 a : a person of fresh initiative or inventive capacity b : a unique or eccentric person

**²original** *adj* (14c) 1 : of, relating to, or constituting an origin or beginning : INITIAL ⟨the ~ part of the house⟩ 2 a : not secondary, derivative, or imitative b : being the first instance or source from which a copy, reproduction, or translation is or can be made 3 : independent and creative in thought or action : INVENTIVE **syn** see NEW

**orig·i·nal·i·ty** \ə-ˌri-jə-'na-lə-tē\ *n* (1742) 1 : the quality or state of being original 2 : freshness of aspect, design, or style 3 : the power of independent thought or constructive imagination

**orig·i·nal·ly** \ə-'ri-jə-nᵊl-ē, -'rij-nə-lē, -'ri-jən-\ *adv* (14c) 1 *archaic* : by origin or derivation : INHERENTLY 2 : in the beginning : in the first place : INITIALLY 3 : in a fresh or original manner

**original sin** *n* (14c) : the state of sin that according to Christian theology characterizes all human beings as a result of Adam's fall

**orig·i·nate** \ə-'ri-jə-ˌnāt\ *vb* -nat·ed; -nat·ing *vt* (1667) : to give rise to : INITIATE ~ *vi* : to take or have origin : BEGIN **syn** see SPRING — **orig·i·na·tion** \-ri-jə-'nā-shən\ *n* — **orig·i·na·tor** \-'ri-jə-ˌnā-tər\ *n*

**orig·i·na·tive** \ə-'ri-jə-ˌnā-tiv, -nə-\ *adj* (1827) : having ability to originate : CREATIVE — **orig·i·na·tive·ly** *adv*

**O–ring** \'ō-ˌriŋ\ *n* (1946) : a ring (as of synthetic rubber) used as a gasket

**ori·ole** \'or-ē-ˌōl, 'or-, -ē-əl\ *n* [F *oriol*, fr. L *aureolus*, dim. of *aureus* golden — more at AUREUS] (1776) 1 : any of various usu. brightly colored Old World passerine birds (family Oriolidae and esp. genus *Oriolus*) 2 : any of various New World passerine birds (family Icteridae and esp. genus *Icterus*) of which the males are usu. black and yellow or black and orange

**Ori·on** \ə-'rī-ən, ō-\ *n* [L, fr. Gk *Oriōn*] 1 : a giant hunter slain by Artemis in Greek mythology 2 L (gen. *Orionis*) : a constellation on the equator east of Taurus represented on charts by the figure of a hunter with belt and sword

**or·is·mol·o·gy** \or-əz-'mä-lə-jē, ,är-\ *n* [Gk *horismos* definition (fr. *horizein* to define) + E *-logy* — more at HORIZON] (1816) : the science of defining technical terms — **or·is·mo·log·i·cal** \or-əz-mə-'lä-ji-kəl, ,är-(ˌ)riz-\ *adj*

**ori·son** \'or-ə-sən, 'är-, -zən\ *n* [ME, fr. OF, fr. LL *oration-, oratio*, fr. L, oration] (13c) : PRAYER

**-orium** *n suffix*, *pl* **-oriums** *or* **-oria** [L, fr. neut. of *-orius -ory*] : ⟨χαustorium⟩

**Ori·ya** \ō-'rē-ə\ *n* (1801) : the Indo-Aryan language of Orissa, India

**Or·léan·ist** \'or-lē-ə-nist, or-'lē-(ə-)nist\ *n* (1834) : a supporter of the Orleans family in its claim to the throne of France by descent from a younger brother of Louis XIV

**Or·lon** \'or-ˌlän\ *trademark* — used for an acrylic fiber

**or·lop deck** \'or-ˌläp-\ *n* [ME *overlop* deck of a single decker, fr. MLG *overlöp*, lit., something that overlaps] (1758) : the lowest deck in a ship having four or more decks

**Or·mazd** \'or-(ˌ)məzd, -məzd\ *n* [Per *Urmazd*, fr. MPer, fr. Av *Ahuramazdāh-*] (1603) : AHURA MAZDA

**or·mo·lu** \'or-mə-ˌlü\ *n*, *often attrib* [F *or moulu*, lit., ground gold] (1765) : golden or gilded brass or bronze used for decorative purposes (as in mounts for furniture)

**¹or·na·ment** \'or-nə-mənt\ *n* [ME, fr. OF *ornement*, fr. L *ornamentum*, fr. *ornare*] (13c) 1 *archaic* : a useful accessory 2 a : something that lends grace or beauty b : a manner or quality that adorns 3 : one whose virtues or graces add luster to a place or society 4 : the act of adorning or being adorned 5 : an embellishing note not belonging to the essential harmony or melody — called also *embellishment, fioritura*

**²or·na·ment** \-ˌment\ *vt* (1720) : to provide with ornament : EMBELLISH **syn** see ADORN

**or·na·men·tal** \or-nə-'men-tᵊl\ *adj* (1646) : of, relating to, or serving as ornament; *specif* : grown as an ornamental — **or·na·men·tal·ly** \-tᵊl-ē\ *adv*

**²ornamental** *n* (1650) : a decorative object; *esp* : a plant cultivated for its beauty rather than for use

**or·na·men·ta·tion** \or-nə-mən-'tā-shən, -ˌmen-\ *n* (1851) 1 : something that ornaments : EMBELLISHMENT 2 : the act or process of ornamenting : the state of being ornamented

**or·nate** \or-'nāt\ *adj* [ME *ornat*, fr. L *ornatus*, pp. of *ornare* to furnish, embellish; akin to L *ordo* order — more at ORDER] (15c) 1 : marked by elaborate rhetoric or florid style 2 : elaborately or excessively decorated — **or·nate·ly** *adv* — **or·nate·ness** *n*

**or·nery** \'or-nə-rē, 'är-; 'ōrn-rē, 'ärn-\ *adj* **or·neri·er**; -est [alter. of *ordinary*] (1816) : having an irritable disposition : CANTANKEROUS — **or·neri·ness** *n*

**ornith-** *or* **ornitho-** *comb form* [L, fr. Gk *ornith-, ornis* — more at ERNE] : bird ⟨*ornithology*⟩

DEFTS_00000022