# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., <br><br> Defendants. | CASE NO. 2:21-cv-00040-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br> Defendants. | CASE NO. 2:21-cv-00041-JRG (Member Case) <br><br> JURY TRIAL DEMANDED |

**NOTICE OF CORRECTED EXHIBIT TO DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Huawei Device Co., Ltd.; and Huawei Device USA, Inc. ("Defendants") hereby submit the attached corrected Exhibit A to their Motion for Leave to Amend Invalidity Contentions (Dkt. No. 76).

DATED:  September 18, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Christopher W. Kennerly*
　　　　　　　　　　　　　　　　　　　　Christopher W. Kennerly (TX Bar No. 00795077)
　　　　　　　　　　　　　　　　　　　　chriskennerly@paulhastings.com
　　　　　　　　　　　　　　　　　　　　Radhesh Devendran (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　radheshdevendran@paulhastings.com
　　　　　　　　　　　　　　　　　　　　Boris Lubarsky
　　　　　　　　　　　　　　　　　　　　borislubarsky@paulhastings.com
　　　　　　　　　　　　　　　　　　　　David M. Fox
　　　　　　　　　　　　　　　　　　　　davidfox@paulhastings.com
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　1117 S. California Avenue
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 320-1800
　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 320-1900

　　　　　　　　　　　　　　　　　　　　Allan M. Soobert
　　　　　　　　　　　　　　　　　　　　allansoobert@paulhastings.com
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　2050 M Street NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Telephone: 202-551-1700
　　　　　　　　　　　　　　　　　　　　Facsimile: 202-551-1705

　　　　　　　　　　　　　　　　　　　　Elizabeth L. Brann
　　　　　　　　　　　　　　　　　　　　elizabethbrann@paulhastings.com
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　4747 Executive Drive, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92121
　　　　　　　　　　　　　　　　　　　　Telephone: (858) 458-3000
　　　　　　　　　　　　　　　　　　　　Facsimile: (858) 458-3005

　　　　　　　　　　　　　　　　　　　　Robert Laurenzi
　　　　　　　　　　　　　　　　　　　　robertlaurenzi@paulhastings.com
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 318-6000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 319-4090

　　　　　　　　　　　　　　　　　　　　Melissa R. Smith (TX Bar No. 24001351)
　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　303 S. Washington Ave.
　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450

Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

By: */s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN TINDEL & THOMPSON**
201 E. Howard Street
903.657.8540
903.657.6003 (fax)

Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

Matthew S Warren
Erika Hart Warren
Jennifer A Kash
**WARREN LEX LLP**
2261 Market Street, No. 606
San Francisco, CA 94114
415-895-2940
Fax: 415-895-2964
matt@warrenlex.com
erika@warrenlex.com
jen@warrenlex.com

*Attorneys for Defendants Huawei Device Co., Ltd., Huawei Device USA, Inc.,*

3

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 18, 2021. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                   */s/ Christopher W. Kennerly*
                                                   Christopher W. Kennerly