IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC.,<br><br>*Defendants*, | Case No. 2:21-cv-00040-JRG<br>(LEAD CASE) |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | Case No. 2:21-cv-00041-JRG<br>(CONSOLIDATED CASE) |

MINUTES FOR MARKMAN HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 21, 2021

**OPEN:  09:02 AM**                                                                **ADJOURN:  11:52 AM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Thomas Derbish |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 09:02 AM | Court opened. |
| 09:03 AM | Counsel announced ready for hearing. |

2

| TIME | MINUTES |
|---|---|
| 09:05 AM | The Court began hearing claim construction argument on a claim by claim basis. Presented argument on behalf of Plaintiff: Mr. Landis and Mr. Wittenzellner. Presented argument on behalf of Defendants: Mr. Kennerly (Samsung), Mr. Devendran (Samsung) and Mr. Baldauf (Huawei). |
| 10:29 AM | Recess. |
| 10:45 AM | Court reconvened. |
| 10:45 AM | Court continued hearing claim construction argument. |
| 11:51 AM | Arguments concluded. |
| 11:51 AM | Court took claim construction under submission. |
| 11:52 AM | Court adjourned. |