IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., <br><br> Defendants. | CASE NO. 2:21-cv-00040-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br> Defendants. | CASE NO. 2:21-cv-00041-JRG (Member Case) <br><br> JURY TRIAL DEMANDED |

**NOTICE OF FILING HEARING PRESENTATION**

Defendants Huawei Device Co., Ltd., Huawei Device USA, Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file the attached slides presented at the September 21, 2021, Markman Hearing.

Dated: September 21, 2021                                  Respectfully submitted,

                                          */s/ Melissa R. Smith*
                                          Melissa R. Smith
                                          State Bar No. 24001351
                                          GILLAM & SMITH, LLP
                                          303 South Washington Avenue
                                          Marshall, Texas 75670
                                          Telephone: (903) 934-8450
                                          Facsimile: (903) 934-9257
                                          Email: melissa@gillamsmithlaw.com

                                          Christopher W. Kennerly
                                          (TX Bar No. 00795077)
                                          chriskennerly@paulhastings.com
                                          Radhesh Devendran (pro hac vice)
                                          radheshdevendran@paulhastings.com
                                          PAUL HASTINGS LLP
                                          1117 S. California Avenue
                                          Palo Alto, CA 94304
                                          Telephone: (650) 320-1800
                                          Facsimile: (650) 320-1900

                                          Allan M. Soobert
                                          allansoobert@paulhastings.com
                                          PAUL HASTINGS LLP
                                          2050 M Street NW
                                          Washington, D.C. 20036
                                          Telephone: 202-551-1700
                                          Facsimile: 202-551-1705

                                          Elizabeth L. Brann
                                          elizabethbrann@paulhastings.com
                                          PAUL HASTINGS LLP
                                          4747 Executive Drive, 12th Floor
                                          San Diego, CA 92121
                                          Telephone: (858) 458-3000
                                          Facsimile: (858) 458-3005

                                          Robert Laurenzi
                                          robertlaurenzi@paulhastings.com
                                          PAUL HASTINGS LLP
                                          200 Park Avenue

New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorney for Defendants Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc.*

*/s/ Bryan P. Clark*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN TINDEL & THOMPSON
201 E. Howard Street
903.657.8540
903.657.6003 (fax)

Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

Matthew S. Warren
(California Bar No. 230565)
Jennifer A. Kash
(California Bar No. 203679)
Erika Warren
(California Bar No. 295570)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-040@cases.warrenlex.com

*Attorney for Defendants Huawei Device Co., Ltd.and Huawei Device USA, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of September, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ Melissa R. Smith*