**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br>       Plaintiff <br> v. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br>       Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br>       Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Daniel Garza of the law firm Williams Simons & Landis

PLLC files this notice of appearance as counsel for Gesture Technology Partners, LLC ("GTP"),

is authorized to receive service of all pleadings, notices, orders and other papers in the above-

captioned matter on behalf of GTP, and requests CM/ECF notifications of filing in this case.

Dated: September 30, 2021          Respectfully submitted,


                      By: */s/ Daniel Garza*
                      Fred I. Williams
                      Texas State Bar No. 00794855
                      Michael Simons
                      Texas State Bar No. 24008042
                      Robert Daniel Garza
                      Texas State Bar No. 24097730
                      WILLIAMS SIMONS & LANDIS PLLC
                      327 Congress Ave., Suite 490
                      Austin, TX 78701
                      Tel: 512-543-1354
                      fwilliams@wsltrial.com
                      msimons@wsltrial.com
                      dgarza@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735
Tel: 512-656-5743
kevin@kudlacIP.com

*Attorneys for Plaintiff Gesture Technology
Partners, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 30, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

By: */s/ Daniel Garza*
Daniel Garza