**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-00040-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br>Defendants. | CASE NO. 2:21-cv-00041-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion for a Protective Order. Having considered the parties' briefs, and for good cause shown, the Court finds Defendants' motion is well taken and should be GRANTED.

IT IS SO ORDERED.