Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Marshall__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By JillVeazey at 10:27 am, Oct 01, 2021

1. This application is being made for the following: Case # __2:21-cv-00040-JRG (Lead)__

Style/Parties: __Gesture Technology Partners, LLC v. Huawei Device Co., Ltd., et al.__

2. Applicant is representing the following party/ies: __Plaintiff Gesture Technology Partners, LLC__

3. Applicant was admitted to practice in __Texas__ (state) on __10/11/2019__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○ ⦿ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○ ⦿ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○ ⦿ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__State of Texas__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Robert Rhodes__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __09/30/2021__   Signature __/s/ Robert Rhodes__ (/s/Signature)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Robert Rhodes
Bar Number /State 24116958
Firm Name: Williams Simons & Landis PLLC
Address/P.O. Box: 327 Congress Ave., Suite 490
City/State/Zip: Austin, TX 78701
Telephone #: 512-543-1550
Fax #: 512-793-9575
E-mail Address: rrhodes@wsltrial.com
Secondary E-Mail Address: _____

This application has been approved for the court on: 10/1/21

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _Jill Veazey_
Deputy Clerk

Email Application