IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br>           Plaintiff <br> v. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br>           Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br>           Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**[PROPOSED] ORDER DENYING DEFENANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Before the Court is Defendants Huawei Device Co., Ltd., Huawei Device USA, Inc., Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Defendants") Motion for Leave to Amend Invalidity Contentions (the "Motion"). After due consideration, the Court finds that Defendants' Motion is without merit.

Defendants' Motion is therefore DENIED.

SO ORDERED.