# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | ) ) ) | Civil Action |
| | ) | No. 2:21-cv-00040-JRG (*Lead Case*) |
| Plaintiff, | ) ) | |
| | ) | Judge Rodney Gilstrap |
| v. | ) ) | |
| HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC., | ) ) ) | **_Electronically Filed_** |
| | ) ) | |
| Defendants. | ) ) | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | ) ) ) | Civil Action |
| | ) | No. 2:21-cv-00041-JRG (*Member Case*) |
| Plaintiff, | ) ) | |
| | ) | Judge Rodney Gilstrap |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter my appearance on behalf of Defendants, HUAWEI DEVICE CO., LTD. and HUAWEI DEVICE USA, INC., in the above-captioned matter.

                                            Respectfully submitted,

                                            **THE WEBB LAW FIRM**

Dated: October 6, 2021                      s/ *James J. Bosco, Jr.*
                                            James J. Bosco, Jr.

No. 2:21-cv-00040-JRG (*Lead Case*)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
jbosco@webblaw.com

*Attorney for Defendants*

No. 2:21-cv-00040-JRG (*Lead Case*)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

        **THE WEBB LAW FIRM**

        s/ *James J. Bosco, Jr.*
        James J. Bosco, Jr.