# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br>            Plaintiff <br> v. <br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br>            Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br>            Defendants. | C.A. NO. 2:21-cv-00041-JRG |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT

   Before the Court is Plaintiff Gesture Technology Partners, LLC ("GTP") Motion to obtain relief from multiple Rule 30(b)(6) deposition topics served by Defendants Huawei Device Co., Ltd., Huawei Device USA, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (the "Motion"). After Due consideration, the Court finds that Plaintiff's Motion is with merit.

   Plaintiff's Motion is therefore GRANTED.

   SO ORDED.