# Exhibit C
## Video Exhibit