IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>       Plaintiff<br>v.<br><br>HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC.,<br><br>       Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>       Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**JOINT MOTION TO STAY CERTAIN DEADLINES
AND NOTICE OF PARTIAL SETTLEMENT**

Plaintiff Gesture Technology Partners, LLC ("Plaintiff") and Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc. ("Defendants") respectfully submit this joint motion to stay certain deadlines and notice of partial settlement.

Plaintiff and Defendants have reached settlement in principle to dismiss all claims involving Defendants' products except for one, the Nexus 6P. This action will continue regarding the Nexus 6P product.

Plaintiff and Defendants are in the process of finalizing the documents pertaining to the partial settlement. While they do so, Plaintiff and Defendants agree that they should not continue to prosecute or defend claims or issues that solely relate to Defendants' products other than the Nexus 6P, but should continue to prosecute or defend any other claims or issues.

Accordingly, the parties respectfully request that the court grant a partial stay for thirty days of proceedings between Plaintiff and Defendants, including all pending deadlines regarding claims or issues that solely relate to Defendants' products other than the Nexus 6P, but not including or affecting any aspect of any other claims or issues, which will proceed as set forth in the previous Orders of this Court.

Plaintiff and Defendants submit that good cause exists for granting this agreed motion, as set forth above.  This motion is not filed for purposes of delay, but so that justice may be served.  Wherefore, Plaintiff and Defendants respectfully request that the Court enter the proposed order submitted with this joint motion.

Date:   October 19, 2021

Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza
Texas State Bar No. 24097730
Robert Rhodes
Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com
rrhodes@wsltria.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

*/s/ Mark Mann*
Mark Mann
SBN: 12926150
mark@themannfirm.com
G. Blake Thompson
SBN:  24042033
blake@themannfirm.com
**MANN TINDEL THOMPSON**
300 West Main Street
Henderson, Texas 75652
Tel: 903-657-8540

Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Bryan P. Clark
bclark@webblaw.com
**THE WEBB LAW FIRM**
420 Ft. Duquesne Blvd. Suite 1200
Pittsburgh, PA 15222
Tel:  412-471-8815

Matthew S. Warren
Erika Warren
Jennifer A. Kash
**WARREN LEX LLP**
2261 Market Street, No. 606

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735
Tel: 512-656-5743
kevin@kudlacIP.com

*Attorneys for Plaintiff Gesture
Technology Partners, LLC*

San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-040@cases.warrenlex.com

*Attorneys for Defendants Huawei Device Co.,
LTD and Huawei Device USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Gesture Technology Partners, LLC and counsel for Huawei Device Co., Ltd. and Huawei Device USA, Inc. met and conferred, and all parties agree to filing the foregoing document as a joint motion.

*/s/ Fred I. Williams*
Fred I. Williams