IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>          Plaintiff<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., and HUAWEI DEVICE USA, INC.,<br><br>          Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**PROPOSED ORDER GRANTING JOINT MOTION TO STAY
CERTAIN DEADLINES AND NOTICE OF PARTIAL SETTLEMENT**

Before the Court is Plaintiff Gesture Technology Partners, LLC ("Plaintiff") and Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc. ("Defendants") (collectively, the "Parties") Joint Motion to Stay Certain Deadlines and Notice of Partial Settlement (the "Motion"). (Dkt. No. 101). In the Motion, the Parties inform the Court that they have reached a partial settlement in principle as to matters in controversy regarding claims or issues that solely relate to Defendants' products other than the Nexus 6P, but not including any other claims or issues. The Parties request a partial stay of deadlines in the above-captioned matter, including all pending deadlines regarding claims or issues that solely relate to Defendants' products other than the Nexus 6P, but not including or affecting any aspect of any other claims or issues, which will proceed as set forth in the previous Orders of this Court.

– 2 –

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that pending deadlines in the above-captioned matter regarding claims or issues that solely relate to Defendants' products other than the Nexus 6P, but not including or affecting any aspect of any other claims or issues, are STAYED for thirty (30) days from the date of this Order, during which time appropriate papers shall be filed with the Court.