IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-00040-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | CASE NO. 2:21-cv-00041-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL SUPPLEMENTATION OF PLAINTIFF'S PRIVILEGE LOG**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s motion to compel supplementation of Plaintiff's privilege log. Having considered the parties' briefs, and for good cause shown, the Court finds Defendants' motion is well taken and should be GRANTED.

IT IS SO ORDERED.