IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00040-JRG |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., | § § § § | (LEAD CASE) |
| Defendants. | § § § | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | CIVIL ACTION NO. 2:21-CV-00041-JRG (CONSOLIDATED CASE) |
| Defendants. | § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Mr. David Keyzer as the technical advisor to the Court in the above-captioned cases with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 71.) The Court has received Mr. Keyzer's invoice for services through September 22, 2021, in the amount of $30,719.50 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:      $15,359.75

Defendants:   $15,359.75

TOTAL:       $30,719.50

**So ORDERED and SIGNED this 25th day of October, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE