# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 2:21-cv-00040-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 2:21-cv-00041-JRG (Member Case) <br><br> JURY TRIAL DEMANDED |

**ORDER DENYING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Before the Court is Plaintiff's Motion for a Protective Order. Having considered the briefing and arguments of the parties, the Court finds that Plaintiff's motion is hereby DENIED to the extent it would prohibit Defendants from seeking discovery or eliciting testimony as to the extent of Dr. Pryor's financial interest in the outcome of this litigation

IT IS SO ORDERED.