IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., <br><br>*Defendants*. | § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00040-JRG |

## ORDER

Before the Court is Joint Motion to Stay Certain Deadlines and Notice of Partial Settlement (Dkt. No. 101) (the "Motion"). In the Motion, the Plaintiff Gesture Technology Partners, LLC ("Gesture Techs.") and Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc. ("Huawei") notify the Court that they have reached settlement in principle to dismiss all claims involving the accused Huawei products except for one product, the Nexus 6P. The parties request a thirty (30) day stay of all pending deadlines regarding claims or issues that solely relate to the accused Huawei products other than the Nexus 6P in order to finalize the documents pertaining to the partial settlement.

Having considered the Motion, and noting its joint nature, the Court finds that is should be and hereby is **GRANTED**. Accordingly, is it **ORDERED** that all pending deadlines between Gesture Techs. and Huawei regarding claims or issues that solely relate to the accused Huawei products other than the Nexus 6P are **STAYED** for **thirty (30) days** from the date of this Order, during which time appropriate dismissal papers are to be filed with the Court. The parties shall

continue prosecuting all other issues and claims pertaining to the remaining Nexus 6P product as previously ordered by the Court.

**So ORDERED and SIGNED this 29th day of October, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE