
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., <br> HUAWEI DEVICE USA, INC., <br><br> Defendants. | CASE NO. 2:21-cv-00040-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | CASE NO. 2:21-cv-00041-JRG <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

The parties have have agreed to amend the Fourth Amended Docket Control Order (Dkt. 114) and hereby request entry of the agreed Fifth Amended Docket Control Order, attached hereto.

The requested amendments are not for purpose of delay.


DATED:  November 4, 2021                Respectfully submitted,

By: */s/ Christopher W. Kennerly*
Christopher W. Kennerly (TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (*pro hac vice*)
radheshdevendran@paulhastings.com
Boris S. Lubarsky (*pro hac vice*)
borislubarsky@paulhastings.com
David M. Fox (*pro hac vice*)
davidfox@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Melissa R. Smith (TX Bar No. 24001351)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

By: /s/ Bryan P. Clark
Bryan P. Clark
bclark@webblaw.com
Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
THE WEBB LAW FIRM
420 Ft. Duquesne Blvd. Suite 1200
Pittsburgh, PA 15222
Tel: 412-471-8815

Mark Mann
SBN: 12926150
mark@themannfirm.com
G. Blake Thompson
SBN: 24042033
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main Street
Henderson, Texas 75652
Tel: 903-657-8540

Matthew S. Warren
Erika Warren
Jennifer A. Kash
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940
(415) 895-2964 facsimile
21-040@cases.warrenlex.com

*Attorneys for Defendants Huawei Device Co., LTD and Huawei Device USA, Inc.*

By: /s/ Fred I. Williams
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza
Texas State Bar No. 24097730
Robert Rhodes

3

Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com
rrhodes@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735
Tel: 512-656-5743
kevin@kudlacIP.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on November 4, 2021. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                         */s/ Christopher W. Kennerly*
                                         Christopher W. Kennerly

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants and counsel for Gesture Technology Partners, LLC met and conferred, and all parties agree to filing the foregoing document as a joint motion.

                                           */s/ Christopher W. Kennerly*
                                         Christopher W. Kennerly