# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00040-JRG |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., | § § § | (LEAD CASE) |
| *Defendants*. | § § § | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | CIVIL ACTION NO. 2:21-CV-00041-JRG (CONSOLIDATED CASE) |
| *Defendants*. | § | |

## ORDER

Before the Court is the parties' Joint Notice Regarding Mediation (Dkt. No. 108) (the "Notice"). In the Notice, the Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") inform the court that they believe that Case No. 2:21-cv-00041 is amenable to mediation and the parties have agreed to mediate in front of the Honorable David Folsom.

Having considered the Notice, and noting its joint nature, the Court **ORDERS** the parties to mediate in this case promptly and at a mutually agreeable date, but no later than forty-five (45) days from the date of this Order. The mediation shall be conducted by the Hon. David Folsom, 6002-B Summerfield Drive, Texarkana, Texas 75503, dfolsom@jw.com. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead counsel, local counsel, and a representative who has full and

unilateral authority to act on and compromise on all pending disputes.  In accordance with the parties' joint request, the Court further **ORDERS** that Dr. Timothy Pryor may attend the mediation by video conference.  Any party whose potential exposure may be covered by applicable insurance shall secure the presence at mediation of an authorized representative of any such insurer. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. The district's applicable local rules shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 5th day of November, 2021.**

                                                                           RODNEY GILSTRAP
                                                                           UNITED STATES DISTRICT JUDGE