IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>   Defendants. | CASE NO. 2:21-cv-00040-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br>   Defendants. | CASE NO. 2:21-cv-00041-JRG<br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL SUPPLEMENTATION OF PLAINTIFF'S PRIVILEGE LOG (DKT. 98)**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby respectfully move the Court to Withdraw their Motion to Compel Supplementation of Plaintiff's Privilege Log. The Motion has been mooted by Plaintiff's Supplemental and Amended Privilege Log served on November 10, 2021 in response to Defendants' Motion.

| | |
|---|---|
| Dated: November 15, 2021 | Respectfully submitted,<br><br>  */s/ Melissa R. Smith*<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone:  (903) 934-8450<br>Facsimile:  (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>Christopher W. Kennerly<br>(TX Bar No. 00795077)<br>chriskennerly@paulhastings.com<br>Radhesh Devendran (pro hac vice)<br>radheshdevendran@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Allan M. Soobert<br>allansoobert@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C. 20036<br>Telephone: 202-551-1700<br>Facsimile: 202-551-1705<br><br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br>PAUL HASTINGS LLP<br>4747 Executive Drive, 12th Floor<br>San Diego, CA 92121<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Robert Laurenzi<br>robertlaurenzi@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue |

New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorney for Defendants*
*Samsung Electronics Company, Ltd., and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Melissa R. Smith*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of November 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*