# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., <br><br> Defendants. | CASE NO. 2:21-cv-00040-JRG (Lead Case) <br><br> JURY TRIAL DEMANDED |
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br> Defendants. | CASE NO. 2:21-cv-00041-JRG (Member Case) <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL SUPPLEMENTATION OF PLAINTIFF'S PRIVILEGE LOG (DKT. 98)

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Unopposed Motion to Withdraw Motion to Compel Supplementation of Plaintiff's Privilege Log (DKT. 98). The Court, having considered same, is of the opinion the motion should be GRANTED.