IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br>　　　　Plaintiff<br>v.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br>　　　　Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br>　　　　Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE**

Before the Court is the Parties' Joint Motion to Extend Mediation Deadline. The Court, having considered same, is of the opinion the motion should be GRANTED.