IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC.,<br><br>        Defendants. | CIVIL ACTION NO. 2:21-CV-00040-JRG |

**RENEWED JOINT MOTION
TO STAY CERTAIN DEADLINES AND NOTICE OF PARTIAL SETTLEMENT**

Plaintiff Gesture Technology Partners, LLC ("Plaintiff") and Defendants Huawei Device Co., Ltd. and Huawei Device USA Inc. ("Defendants"), by and through their undersigned attorneys, hereby file this Renewed Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff and Defendants.

Plaintiff and Defendants previously filed a Joint Motion to Stay Certain Deadlines and Notice of Partial Settlement on October 19, 2021.  Dkt. 101.  The Court granted that motion on October 29, 2021, and ordered the parties to submit dismissal papers no later than November 29, 2021.  Dkt. 109. Dismissal of this case is partially based on a settlement between Plaintiff and Defendants.  Plaintiff and Defendants require additional time to finalize a settlement agreement between them, given the scope of that agreement and the presence of signatories in China.

The parties wish to conclude the settlement without burdening the Court with additional filings and without incurring unnecessary expense.  Plaintiff and Defendants anticipate they will be able to submit dismissal papers on December 6, 2021.  Accordingly, the parties respectfully request

that the Court grant a stay of all proceedings between Plaintiff and Defendants, including all pending deadlines between the parties until December 6, 2021

The parties submit that good cause exists for granting this renewed and agreed motion, as set forth above.  This motion is not filed for purposes of delay, but so that justice may be served. Wherefore, the parties respectfully request that the Court enter the proposed order submitted with this joint motion as set forth above and grant the parties such order and further relief to which they are entitled.

Dated:  November 29, 2021

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza
Texas State Bar No. 24097730
Robert Rhodes
Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Avenue, Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com
rrhodes@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

Respectfully submitted,

By: */s/ Mark Mann*
Mark Mann
SBN: 12926150
mark@themannfirm.com
G. Blake Thompson
SBN: 24042033
blake@themannfirm.com
**MANN TINDEL & THOMPSON**
300 West Main Street
Henderson, Texas 75652
Tel: 903-657-8540

Kent E. Baldauf, Jr.
kbaldaufjr@webblaw.com
Bryan P. Clark
bclark@webblaw.com
**THE WEBB LAW FIRM**
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
Tel: 412-471-8815

Matthew S. Warren
Erika Warren
Jennifer A. Kash
**WARREN LEX LLP**
2261 Market Street, No. 606

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

San Francisco, California 94114
Tel: 415-895-2940
21-040@cases.warrenlex.com

*Attorneys for Defendants Huawei Device*
*Co., Ltd., and Huawei Device USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Gesture Technology Partners, LLC and counsel for Huawei Device Co., Ltd. and Huawei Device USA, Inc. met and conferred, and all parties agree to filing the foregoing document as a joint motion.

*/s/ Fred I. Williams*
Fred I. Williams
