IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:21-CV-00040-JRG |

### ORDER GRANTING RENEWED JOINT MOTION TO STAY CERTAIN DEADLINES AND NOTICE OF PARTIAL SETTLEMENT

The Court has considered Plaintiff Gesture Technology Partners, LLC and Defendants Huawei Device Co., Ltd. and Huawei Device USA Inc.'s Renewed Joint Motion to Stay Certain Deadlines and Notice of Partial Settlement ("Motion") and, after considering the Motion, finds that the Motion should be granted. All proceedings between the Parties are stayed until December 6, 2021. Absent a showing of good cause, the Parties shall submit dismissal papers no later than December 6, 2021.

**SO ORDERED.**