# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00040-JRG (Lead Case) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| Plaintiff | § § § | |
| v. | § § § | CASE NO. 2:21-cv-00041-JRG (Member Case) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**SAMSUNG DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT AS TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT AND NO DAMAGES**

With respect to their Motion for Partial Summary Judgment of No Infringement and No Damages filed December 1, 2021, Dkt. No. 140 ("Motion"), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully seek leave to exceed the Court's 15-page limit for non-dispositive motions by an additional 4 pages, for a total of 19 pages.

Although the Motion is titled a motion for *partial* summary judgment, the grounds raised are *dispositive* collectively in that if the Motion were granted on all grounds Plaintiff would not be entitled to any relief, *i.e.*, no liability and/or no damages.  In an abundance of caution, in the event the Court considers the Motion a motion for partial summary judgment subject to the 15-page limit for non-dispositive motions under L.R. CV-7(a)(2), Samsung respectfully seeks leave to exceed the limit by an additional 4 pages, for a total of 19 pages.

Under the circumstances, the additional pages are warranted because the Motion includes summary judgment grounds for both non-infringement and no damages in a single, streamlined motion for efficiency.  Further, Samsung's summary judgment motions combined total fewer than 50 pages and thus do not exceed the 60-page limit for dispositive motions under L.R. CV-7(a)(3). Should the Court grant the Motion, Samsung does not oppose Plaintiff being permitted the same 19 pages for its opposition to the Motion, should Plaintiff desire to use them.

Plaintiff is unopposed to the relief sought in this motion.

DATED:  December 6, 2021            Respectfully submitted,

By: */s/ Christopher W. Kennerly*
Christopher W. Kennerly (TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (*pro hac vice*)
radheshdevendran@paulhastings.com
Boris S. Lubarsky (*pro hac vice*)
borislubarsky@paulhastings.com
David M. Fox (*pro hac vice*)
davidfox@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Melissa R. Smith (TX Bar No. 24001351)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is unopposed.

    */s/ Christopher W. Kennerly*
    Christopher W. Kennerly

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on December 6, 2021. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    */s/ Christopher W. Kennerly*
    Christopher W. Kennerly