# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00040-JRG (Lead Case) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | CASE NO. 2:21-cv-00041-JRG (Member Case) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**ORDER GRANTING SAMSUNG DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT AS TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT AND NO DAMAGES**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Samsung") Unopposed Motion for Leave to Exceed Page Limit as to Defendants' Motion for Partial Summary Judgment of No Infringement and No Damages. Having considered Samsung's Motion for Leave and that it is unopposed, Samsung's Motion for Leave is hereby GRANTED.

///

///

-2-

Samsung is hereby granted leave to exceed the Court's 15-page limit for non-dispositive motions by an additional 4 pages, for a total of 19 pages.  Plaintiff shall likewise have up to 19 pages for its Response to Defendants' Motion for Partial Summary Judgment of No Infringement and No Damages, should Plaintiff desire to use them.

IT IS SO ORDERED.