IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., <br><br> *Defendants*. | CIVIL ACTION NO. 2:21-CV-00040-JRG <br> (LEAD CASE) |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br> *Defendants*. | CIVIL ACTION NO. 2:21-CV-00041-JRG <br> (CONSOLIDATED CASE) |

**ORDER**

Before the Court is the parties' Joint Motion To Extend Mediation Deadline (Dkt. No. 126) (the "Motion"). In the Motion, the Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") request the Court extend the deadline for the Parties to mediate Case No. 2:21-cv-00041 up to and through January 5, 2022. The Court held a telephonic status conference on December 6, 2021, and the parties informed the Court that they still believe the case is amenable to mediation.

Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' deadline to mediate in Case No. 2:21-cv-00041 is **extended** up to and through **January 5, 2022**.

**So ORDERED and SIGNED this 7th day of December, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE