**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00040-JRG |
| | § | (LEAD CASE) |
| HUAWEI DEVICE CO., LTD.,   HUAWEI DEVICE USA INC., | § § § | |
| *Defendants*. | § § § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § | CIVIL ACTION NO.  2:21-CV-00041-JRG (CONSOLIDATED CASE) |
| *Defendants*. | § | |

## ORDER

Before the Court is the Renewed Joint Motion To Stay Certain Deadlines And Notice Of

Partial Settlement (Dkt. No. 132) (the "Motion").  In the Motion, the Plaintiff Gesture Technology

Partners, LLC ("Gesture Techs.") and Defendants Huawei Device Co., Ltd. and Huawei Device

USA, Inc. ("Huawei") request the Court stay all proceedings between Plaintiff and Defendants,

including all pending deadlines between the parties until December 6, 2021.  During a telephonic

status conference held on December 6, 2021, the parties informed the Court that they have reached

a settlement in principle and were ready to dismiss all claims in Case No. 2:21-cv-00040 but

required additional time to finalize a settlement agreement between them.

Having considered the Motion, its joint nature, and the parties request for additional time

during the status conference, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, is it **ORDERED** that all pending deadlines between Gesture Techs. and Huawei in

Case No. 2:21-cv-00040 are **STAYED** for until **December 10, 2021**.

> **So ORDERED and SIGNED this 7th day of December, 2021.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE