# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>      Plaintiff<br>v.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>      Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendants. | C.A. NO. 2:21-cv-00041-JRG |

## JOINT MOTION FOR DISMISSAL

WHEREAS, Plaintiff GESTURE TECHNOLOGY PARTNERS, LLC, ("Plaintiff") and Defendants HUAWEI DEVICE CO., LTD. and HUAWEI DEVICE USA, INC., ("Defendants") have resolved Plaintiff's claims for relief against Defendants asserted in this case, except for those against the Nexus 6P; and

WHEREAS, Plaintiff stipulates that the Nexus 6P does not infringe any claim of any patent asserted in this action;

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants relating to all of Defendants' accused products with prejudice.

Dated: December 10, 2021                                             Respectfully submitted,

By: */s/ Fred I. Williams*                                          */s/ J. Mark Mann*

Fred I. Williams                                                    J. Mark Mann
Texas State Bar No. 00794855                                        Texas Bar No. 12926150
Michael Simons                                                      mark@themannfirm.com

<div style="columns:2">

Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC.*

G. Blake Thompson
Texas Bar No. 24042033
blake@themannfirm.com
MANN TINDEL & THOMPSON
201 E. Howard Street
903.657.8540

Kent E. Baldauf, Jr.
PA ID No. 70793
Bryan P. Clark
PA ID No. 205708
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
kbaldaufjr@webblaw.com
bclark@webblaw.com

Matthew S. Warren
California Bar No. 230565
Jennifer A. Kash
California Bar No. 203679
Erika Warren
California Bar No. 295570
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
21-040@cases.warrenlex.com

*Attorneys for Defendants Huawei Device Co.,*
*Ltd. and Huawei Device USA, Inc.*

</div>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 10, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

/s/ Fred I. Williams
Fred I. Williams