IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>          Plaintiff<br>v.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>          Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

On this day, GESTURE TECHNOLOGY PARTNERS, LLC, ("Plaintiff") and Defendants HUAWEI DEVICE CO., LTD. and HUAWEI DEVICE USA, INC., ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss some of Plaintiff's claims for relief against Defendants with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants relating to all Huawei accused products are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.