# EXHIBIT 13



# Trial Statistics
## IPR, PGR, CBM

Patent Trial and Appeal Board
September 2020



UNITED STATES
PATENT AND TRADEMARK OFFICE
uspto

# Petitions by Trial Type
(All Time: Sept. 16, 2012 to Sept. 30, 2020)



IPR 11,299 93%

12,147 Total

CBM 602 5%

PGR 246 2%

Trial types include Inter Partes Review (IPR), Post Grant Review (PGR), and Covered Business Method (CBM).



3

# Petitions Filed by Technology in FY20
(FY20: Oct. 1, 2019 to Sept. 30, 2020)





4





Institution rate for each fiscal year is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.

6





# Pre-Institution Settlements
(FY13 to FY20: Oct. 1, 2012 to Sept. 30, 2020)

Settlement Rate: 9%, 12%, 16%, 14%, 14%, 12%, 16%, 12%

Settlements: 23, 127, 291, 242, 249, 200, 259, 163 (FY13–FY20)

Settlement rate for each year is calculated by dividing pre-institution settlements by the sum of proceedings instituted, denied institution, dismissed, terminated with a request for adverse judgment, and settled before decision on institution.



8



Settlement rate for each year is calculated by dividing post-institution settlements by proceedings terminated post-institution (i.e., settled, dismissed, terminated with a request for adverse judgment, and final written decision), excluding joined cases.

9



# Outcome of Concluded Proceedings
(All Time: Sept. 16, 2012 to Sept. 30, 2020)

Institution Denied 3,340 — 33%
FWD All Patentable 673 — 7%
FWD Mixed 627 — 6%
FWD All Unpatentable 2,114 — 21%
Requested Adverse J. 405 — 4%
Settled 2,863 — 29%

FWD 3,414 — 34%

**Percentage of Final Written Decisions**

- FWD All Patentable: 673 — 20%
- FWD Mixed: 627 — 18%
- FWD All Unpatentable: 2,114 — 62%

Joined and dismissed cases are excluded.

uspto

11

