# EXHIBIT 14



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ............................................................ 14185

    a. By patent owner — 3954 — 27.9%

    b. by other member of the public — 10056 — 70.9%

    c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline

    a. Chemical Operation — 3843 — 27.1%

    b. Electrical Operation — 5279 — 37.2%

    c. Mechanical Operation — 4790 — 33.8%

    d. Design Patents — 273 — 1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ............................................................................................ 5428 — 38.3%

5. Decisions on requests [2] ............................................................................................ 14185

    a. No. granted — 13082 — 92.2%

        (1) By examiner — 12888

        (2) By Director (on petition) — 194

    b. No. denied — 1183 — 8.3%

        (1) By examiner — 1103

        (2) Reexam vacated — 80

6. Total examiner denials (includes denials reversed by Director) ................................... 1103

    a. Patent owner requester — 525 — 47.6%

    b. Third party requester — 578 — 52.4%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                      25.7 (mos.)
      b. Median pendency                                         19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) .......................................    12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                      3960
           a. All claims confirmed               809    20.4%
           b. All claims canceled                396    10.0%
           c. Claims changed                  2755    69.6%
      b. Certificates – 3rd PARTY REQUESTER                       8630
           a. All claims confirmed            1846    21.4%
           b. All claims canceled            1226    14.2%
           c. Claims changed              5558    64.4%
      c. Certificates – COMMISSIONER INITIATED REEXAM         174
           a. All claims confirmed                 17    9.8%
           b. All claims canceled                46    26.4%
           c. Claims changed                111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81…………………………………………… | 13987 | |
| a. By patent owner | 3919 | 28% |
| b. by other member of the public | 9893 | 71% |
| c. By order of Commissioner | 175 | 1% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 3791 | 27% |
| b. Electrical Operation | 5214 | 37% |
| c. Mechanical Operation | 4732 | 34% |
| d. Design Patents | 250 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation……………………………………………………………………………. | 1938 | 14% |
| 5. Decisions on requests [2] ……………………………………………………………………………. | 14130 | |
| a. No. granted | 12905 | 91% |
| (1)  By examiner | 12718 | |
| (2)  By Director (on petition) | 187 | |
| b. No. denied | 1277 | 9% |
| (1)  By examiner | 1225 | |
| (2)  Reexam vacated | 52 | |
| 6. Total examiner denials (includes denials reversed by Director)………………………………. | 1226 | |
| a. Patent owner requester | 524 | 43% |
| b. Third party requester | 702 | 57% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

1/2

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                             25.8 (mos.)
      b. Median pendency                                            19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)...................    11980

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|     a. All claims confirmed | 693 | 21% |
|     b. All claims canceled | 300 | 9% |
|     c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|     a. All claims confirmed | 1769 | 21% |
|     b. All claims canceled | 1170 | 14% |
|     c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 18 | 10% |
|     b. All claims canceled | 47 | 27% |
|     c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................. 14005

| | | |
|---|---|---|
| a. By patent owner | 4137 | 30% |
| b. by other member of the public | 9825 | 70% |
| c. By order of Commissioner | 43 | 0% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 3782 | 27% |
| b. Electrical Operation | 5270 | 38% |
| c. Mechanical Operation | 4717 | 34% |
| d. Design Patents | 236 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation.................................................................................. 4731 34%

5. Decisions on requests.................................................................................. 13178

| | | |
|---|---|---|
| a. No. granted | 12042 | 91% |
| (1) By examiner | 11891 | |
| (2) By Director (on petition) | 151 | |
| b. No. denied | 1136 | 9% |
| (1) By examiner | 1089 | |
| (2) Reexam vacated | 47 | |

6. Total examiner denials (includes denials reversed by Director)................................... 2272

| | | |
|---|---|---|
| a. Patent owner requester | 586 | 26% |
| b. Third party requester | 1686 | 74% |

7. Overall reexamination pendency (Filing date to certificate issue date)........................

| | | |
|---|---|---|
| a. Average pendency | 27.7 | (mos.) |
| b. Median pendency | 19.8 | (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All claims canceled | 3% | 10% | 0% | 12% |
| c. Claims changed | 20% | 47% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………  11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………… | 13641 | |
|     a. By patent owner | 3912 | 29% |
|     b. by other member of the public | 9686 | 71% |
|     c. By order of Commissioner | 43 | 0% |

| | | |
|---|---|---|
| 2. Number of Filings by dicipline | | |
|     a. Chemical Operation | 3670 | 27% |
|     b. Electrical Operation | 5148 | 38% |
|     c. Mechanical Operation | 4596 | 34% |
|     d. Design Patents | 227 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation………………………………………………………………… | 4648 | 34% |

| | | |
|---|---|---|
| 5. Decisions on requests………………………………………………………… | | 13147 |
|     a. No. granted | 12047 | 92% |
|       (1) By examiner | 11913 | |
|       (2) By Director (on petition) | 134 | |
|     b. No. denied | 1100 | 8% |
|       (1) By examiner | 1054 | |
|       (2) Reexam vacated | 46 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director)……………………………. | | 1056 |
|     a. Patent owner requester | 494 | 47% |
|     b. Third party requester | 562 | 53% |

| | |
|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)…………………… | |
|     a. Average pendency | 26.4 (mos.) |
|     b. Median pendency | 19.4 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………   11403
    a. Certificates with all claims confirmed          2391    21%
    b. Certificates with all claims canceled          1404    12%
    c. Certificates with claims changes           7608    67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER          3296
        a. All claims confirmed          690    21%
        b. All calims cancled          293    9%
        c. Claims changed         2313    70%
    b. Certificates – 3rd PARTY REQUESTER          7917
        a. All claims confirmed         1681    21%
        b. All calims cancled        1062    13%
        c. Claims changed         5174    65%
    c. Certificates – COMMISSIONER INITIATED REEXAM      41
        a. All claims confirmed          2    5%
        b. All calims cancled         23    56%
        c. Claims changed         16    39%

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

| | | |
|---|---:|---:|
| 1. Total requests filed since start of *Ex Parte reexam* on 07/01/81.................................................. | | 13450 |
| a. By patent owner | 3887 | 29% |
| b. by other member of the public | 9520 | 71% |
| c. By order of Commissioner | 43 | 0% |
| | | |
| 2. Number of Filings by dicipline | | |
| a. Chemical Operation | 3632 | 27% |
| b. Electrical Operation | 5085 | 38% |
| c. Mechanical Operation | 4521 | 34% |
| d. Design Patents | 212 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---:|---:|
| 4. Number known to be in litigation.......................................................................... | 4350 | 32% |
| | | |
| 5. Decisions on requests............................................................................. | | 12929 |
| a. No. granted | 11835 | 92% |
| (1) By examiner | 11704 | |
| (2) By Director (on petition) | 131 | |
| b. No. denied | 1094 | 8% |
| (1) By examiner | 1048 | |
| (2) Reexam vacated | 46 | |
| | | |
| 6. Total examiner denials (includes denials reversed by Director)..................................... | | 1048 |
| a. Patent owner requester | 492 | 47% |
| b. Third party requester | 556 | 53% |
| | | |
| 7. Overall reexamination pendency (Filing date to certificate issue date)....................... | | |
| a. Average pendency | | 25.77 (mos.) |
| b. Median pendency | | 20.2 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 45% | 0% | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
| a. All claims confirmed | 1631 | 22% |
| b. All calims cancled | 999 | 13% |
| c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81................................................................. 13136

     a. By patent owner                                          3957    30%

     b. by other member of the public    9014    69%

     c. By order of Commissioner    165    1%

2. Number of Filings by dicipline

     a. Chemical Operation    3569    27%

     b. Electrical Operation    5265    40%

     c. Mechanical Operation    4418    34%

     d. Design Patents    220    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation.................................................................................. 4819    37%

5. Decisions on requests.......................................................................................... 12641

     a. No. granted    11623    92%

          (1) By examiner    11492

          (2) By Director (on petition)    131

     b. No. denied    1018    8%

          (1) By examiner    980

          (2) Reexam vacated    38

6. Total examiner denials (includes denials reversed by Director)..................................... 1118

     a. Patent owner requester    496    44%

     b. Third party requester    622    56%

7. Overall reexamination pendency (Filing date to certificate issue date)........................

     a. Average pendency    26.5 (mos.)

     b. Median pendency    19.6 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 1% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ...........................  10951
    a. Certificates with all claims confirmed            2331    21%
    b. Certificates with all claims canceled           1334    12%
    c. Certificates with claims changes             7286    67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER                3268
        a. All claims confirmed          685    21%
        b. All calims cancled           291    9%
        c. Claims changed            2292    70%
    b. Certificates – 3rd PARTY REQUESTER                 7513
        a. All claims confirmed       1628    22%
        b. All calims cancled         998    13%
        c. Claims changed         4887    65%
    c. Certificates – COMMISSIONER INITIATED REEXAM         170
        a. All claims confirmed            18    11%
        b. All calims cancled           45    26%
        c. Claims changed           107    63%

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte reexam* on 07/01/81……………………………………………….... | | 13217 |
|     a. By patent owner | 3833 | 29% |
|     b. by other member of the public | 9217 | 70% |
|     c. By order of Commissioner | 167 | 1% |
| | | |
| 2. Number of Filings by dicipline | | |
|     a. Chemical Operation | 3516 | 27% |
|     b. Electrical Operation | 5167 | 39% |
|     c. Mechanical Operation | 4330 | 33% |
|     d. Design Patents | 204 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation……………………………………………………………………………… | 4362 | 33% |
| | | |
| 5. Decisions on requests……………………………………………………………………… | | 12429 |
|     a. No. granted | 11402 | 92% |
|       (1) By examiner | 11271 | |
|       (2) By Director (on petition) | 131 | |
|     b. No. denied | 1027 | 8% |
|       (1) By examiner | 990 | |
|       (2) Reexam vacated | 37 | |
| | | |
| 6. Total examiner denials (includes denials reversed by Director)……………………………. | | 1067 |
|     a. Patent owner requester | 665 | 62% |
|     b. Third party requester | 621 | 58% |
| | | |
| 7. Overall reexamination pendency (Filing date to certificate issue date)…………………… | | |
|     a. Average pendency | | 22.3 (mos.) |
|     b. Median pendency | | 15.9 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 22% |
| b. All calims cancled | 3% | 9% | 0% | 12% |
| c. Claims changed | 21% | 44% | 1% | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) .......................... 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*……………….................   12874

|  |  |  |
|---|---|---|
| a. By patent owner | 3833 | 30% |
| b. by other member of the public | 8874 | 69% |
| c. By order of Commissioner | 167 | 1% |

2. Number of Filings by dicipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3435 | 27% |
| b. Electrical Operation | 5001 | 39% |
| c. Mechanical Operation | 4234 | 33% |
| d. Design Patents | 204 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation……………….................   4167   32%

5. Decisions on requests……………….................   12016

|  |  |  |
|---|---|---|
| a. No. granted | 11013 | 92% |
|    (1) By examiner | 10891 | |
|    (2) By Director (on petition) | 122 | |
| b. No. denied | 1003 | 8% |
|    (1) By examiner | 968 | |
|    (2) Reexam vacated | 35 | |

6. Total examiner denials (includes denials reversed by Director)……………….................   1067

|  |  |  |
|---|---|---|
| a. Patent owner requester | 498 | 47% |
| b. Third party requester | 606 | 57% |

7. Overall reexamination pendency (Filing date to certificate issue date)

|  |  |
|---|---|
| a. Average pendency | 27.8 (mos.) |
| b. Median pendency | 20.1 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 8% | 0% | | 11% |
| c. Claims changed | 21% | 40% | 1% | | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ..................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte*  Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*....................................  12569
      a. By patent owner     3872   31%
      b. by other member of the public     8532   68%
      c. By order of Commissioner     165   1%

2. Number a. Chemical Operation     3373   27%
      b. Electrical Operation     4831   38%
      c. Mechanical Operation     4178   33%
      d. Design Patents     187   1%

3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation..............................................................  3994   32%

5. Decisions on requests.......................................................................  11737
      a. No. granted.............................................................  10755   92%
          (1) By examiner     10762
          (2) By Director (on petition)     122
      b. No. denied...............................................................  982   8%
          (1) By examiner     961
          (2) Reexam vacated     35
6. Total examiner denials (includes denials reversed by Director)....................................  1078
      a. Patent owner requester     496   46%
      b. Third party requester     582   54%

7. Overall reexamination pendency (Filing date to certificate issue date)
      a. Average pendency     27.9   (mos.)
      b. Median pendency     20.5   (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 9328
  a. Certificates with all claims confirmed                      2029    22%
  b. Certificates with all claims canceled                       1063    11%
  c. Certificates with claims changes                            6236    67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
  a. Certificates – PATENT OWNER REQUESTER                              3176
    a. All claims confirmed                                       669    21%
    b. All calims cancled                                         280     9%
    c. Claims changed                                           2227    70%
  b. Certificates – 3rd PARTY REQUESTER                                6026
    a. All claims confirmed                                      1348    22%
    b. All calims cancled                                         745    12%
    c. Claims changed                                           3933    65%
  c. Certificates – COMMISSIONER INITIATED REEXAM                       164
    a. All claims confirmed                                        18    11%
    b. All calims cancled                                          38    23%
    c. Claims changed                                             108    66%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2011

1.  Total requests filed since start of _ex parte_ reexam on 07/01/81.................................11782[1]

|    |                                |       |      |
|----|--------------------------------|-------|------|
| a. | By patent owner                | 3801  | 33%  |
| b. | By other member of public      | 7815  | 66%  |
| c. | By order of Commissioner       | 166   | 1%   |

2.  Number of filings by discipline

|    |                       |       |      |
|----|-----------------------|-------|------|
| a. | Chemical Operation    | 3211  | 27%  |
| b. | Electrical Operation  | 4405  | 37%  |
| c. | Mechanical Operation  | 3987  | 34%  |
| d. | Design Patents        | 179   | 2%   |

3.  Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No.          | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|-----------|--------------|-----------|-----|-----------|-----|-----------|-----|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187         | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186         | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189         | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230         | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232         | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240         | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268         | 1996 | 418 | 2004 | 441 |      |     |

4.  Number known to be in litigation…………...…….……….................. .3894…………….33%

5.  Decisions on requests………………………………………………………………...11262

   a.  No. granted……………………………………………… 10333…………...92%

      (1)  By examiner                         10213
      (2)  By Director (on petition)          120

   b.  No. denied ……………………………………………………929…………….....8%

      (1)  By examiner                         894
      (2)  Reexam vacated                      35

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.    Total examiner denials (includes denials reversed by Director)…………........................1014

    a.   Patent owner requester                       476       47%
    b.   Third party requester                         538       53%

7.    Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                       25.6 (mos.)
    b.   Median pendency                        19.9 (mos.)

8.    Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.    Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

    a.   Certificates with all claims confirmed          1943      23%
    b.   Certificates with all claims canceled           974      11%
    c.   Certificates with claims changes             5661      66%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………3040

        (1)  All claims confirmed           651      21%
        (2)  All claims canceled           264      9%
        (3)  Claim changes               2125      70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………5380

        (1)  All claims confirmed         1274      24%
        (2)  All claims canceled          674      12%
        (3)  Claim changes             3432      64%

    c.   Certificates – COMMISSIONER INITIATED REEXAM ……………..………....158

        (1)  All claims confirmed            18      11%
        (2)  All claims canceled           36      23%
        (3)  Claim changes               104      66%

 United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

_Ex Parte_ Reexamination Filing Data  -  September 30, 2010

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81.................................. 11023[1]

|   | a.  By patent owner | 3697 | 34% |
|---|---|---|---|
|   | b.  By other member of public | 7161 | 65% |
|   | c.  By order of Commissioner | 165 | 1% |

2.   Number of filings by discipline

|   | a.  Chemical Operation | 3068 | 28% |
|---|---|---|---|
|   | b.  Electrical Operation | 4010 | 36% |
|   | c.  Mechanical Operation | 3771 | 34% |
|   | d.  Design Patents | 174 | 2% |

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 |   |   |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |   |   |

4.   Number known to be in litigation…………...….…….…................. .3568……………32%

5.   Decisions on requests……………………………………………………………………..10495

   a.  No. granted……………………………………………… …9648…………....92%

|   |   | (1)  By examiner | 9534 |
|---|---|---|---|
|   |   | (2)  By Director (on petition) | 114 |

   b.  No. denied …………………………………………………………847…………......8%

|   |   | (1)  By examiner | 812 |
|---|---|---|---|
|   |   | (2)  Reexam vacated | 35 |

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………......................926

    a.   Patent owner requester                            451       49%
    b.   Third party requester                             475       51%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                         25.5 (mos.)
    b.   Median pendency                         20.0 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 1817 | 23% |
| b. | Certificates with all claims canceled | 893 | 12% |
| c. | Certificates with claims changes | 5072 | 65% |

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………2947

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 638 | 22% |
| (2) | All claims canceled | 251 | 8% |
| (3) | Claim changes | 2058 | 70% |

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………4681

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 1161 | 25% |
| (2) | All claims canceled | 607 | 13% |
| (3) | Claim changes | 2913 | 62% |

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………….………....154

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 18 | 12% |
| (2) | All claims canceled | 35 | 23% |
| (3) | Claim changes | 101 | 65% |

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2009

1.  Total requests filed since start of *ex parte* reexam on 07/01/81...................................10243[1]

| | | | |
|---|---|---|---|
| a. | By patent owner | 3634 | 35% |
| b. | By other member of public | 6444 | 63% |
| c. | By order of Commissioner | 165 | 2% |

2.  Number of filings by discipline

| | | | |
|---|---|---|---|
| a. | Chemical Operation | 2931 | 29% |
| b. | Electrical Operation | 3596 | 35% |
| c. | Mechanical Operation | 3554 | 34% |
| d. | Design Patents | 162 | 2% |

3.  Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation............…....….…....................... .3221……….……31%

5.  Decisions on requests……………………………………………………………...9833

  a.  No. granted………………………………………………… …..9041…………....92%

| | | |
|---|---|---|
| (1) | By examiner | 8928 |
| (2) | By Director (on petition) | 113 |

  b.  No. denied ………………………………………………………792…………......8%

| | | |
|---|---|---|
| (1) | By examiner | 757 |
| (2) | Reexam vacated | 35 |

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6. Total examiner denials (includes denials reversed by Director)…………........................870

    a. Patent owner requester                          445     51%
    b. Third party requester                            425     49%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                           25.2 (mos.)
    b. Median pendency                           19.7 (mos.)

8. Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a. Certificates with all claims confirmed         1725     25%
    b. Certificates with all claims canceled          807     11%
    c. Certificates with claims changes           4557     64%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………2827

        (1) All claims confirmed            625     22%
        (2) All claims canceled            233     8%
        (3) Claim changes               1969     70%

    b. Certificates – 3rd PARTY REQUESTER …………………………………………4111

        (1) All claims confirmed        1082     26%
        (2) All claims canceled         540     13%
        (3) Claim changes           2489     61%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………....151

        (1) All claims confirmed            18     12%
        (2) All claims canceled            34     23%
        (3) Claim changes              99     65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2008

1.   Total requests filed since start of _ex partes_ reexam on 07/01/81 ................................ 9585[1]

|     |                          |       |      |
| --- | ------------------------ | ----- | ---- |
| a.  | By patent owner          | 3567  | 37%  |
| b.  | By other member of public| 5853  | 61%  |
| c.  | By order of Commissioner | 165   | 2%   |

2.   Number of filings by discipline

|     |                     |      |      |
| --- | ------------------- | ---- | ---- |
| a.  | Chemical Operation  | 2811 | 29%  |
| b.  | Electrical Operation| 3261 | 34%  |
| c.  | Mechanical Operation| 3357 | 35%  |
| d.  | Design Patents      | 156  | 2%   |

3.   Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No.          | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
| ---------- | ------------ | ---------- | --- | ---------- | --- | ---------- | --- |
| 1981       | 78 (3 mos.)  | 1989       | 243 | 1997       | 376 | 2005       | 524 |
| 1982       | 187          | 1990       | 297 | 1998       | 350 | 2006       | 511 |
| 1983       | 186          | 1991       | 307 | 1999       | 385 | 2007       | 643 |
| 1984       | 189          | 1992       | 392 | 2000       | 318 | 2008       | 680 |
| 1985       | 230          | 1993       | 359 | 2001       | 296 |            |     |
| 1986       | 232          | 1994       | 379 | 2002       | 272 |            |     |
| 1987       | 240          | 1995       | 392 | 2003       | 392 |            |     |
| 1988       | 268          | 1996       | 418 | 2004       | 441 |            |     |

4.   Number known to be in litigation……….....….…….................. .2849………….......30%

5.   Decisions on requests……………………………………………………………...9219

   a.  No. granted…………………………………………… …8467…………....92%

      (1)  By examiner                                    8354
      (2)  By Director (on petition)                      113

   b.  No. denied ……………………………………………………752………….......8%

      (1)  By examiner                                    717
      (2)  Reexam vacated                                 35

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.  Total examiner denials (includes denials reserved by Director)…………........................830

    a.  Patent owner requester                                441      53%
    b.  Third party requester                                 389      47%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average  pendency                              24.5 (mos.)
    b.  Median pendency                                19.0 (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.  All claims confirmed | 22% | 28% | 12% | 25% |
| b.  All claims cancelled | 8% | 13% | 21% | 11% |
| c.  Claims changes | 70% | 59% | 67% | 64% |

9.  Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | |
|---|---|---|
| a.  Certificates with all claims confirmed | 1624 | 25% |
| b.  Certificates with all claims canceled | 721 | 11% |
| c.  Certificates with claims changes | 4112 | 64% |

10.  Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates – PATENT OWNER REQUESTER ……………………………….2722

| | | |
|---|---|---|
| (1)  All claims confirmed | 611 | 22% |
| (2)  All claims canceled | 214 | 8% |
| (3)  Claim changes | 1897 | 70% |

    b.  Certificates – 3rd PARTY REQUESTER ……………………………………….3588

| | | |
|---|---|---|
| (1)  All claims confirmed | 995 | 28% |
| (2)  All claims canceled | 476 | 13% |
| (3)  Claim changes | 2117 | 59% |

    c.  Certificates – COMM'R INITIATED REEXAM ……………….…………....147

| | | |
|---|---|---|
| (1)  All claims confirmed | 18 | 12% |
| (2)  All claims canceled | 31 | 21% |
| (3)  Claim changes | 98 | 67% |