# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § § | CIVIL ACTION NO. 2:21-cv-00041-JRG |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND *EX PARTE* REEXAMINATION PROCEEDINGS**

Before the Court is the Samsung Defendants' Motion to Stay Pending *Inter Partes* Review and *Ex Parte* Reexamination Proceedings. Having considered the briefs and arguments of the parties, the Court finds the motion is well taken and is hereby GRANTED.

IT IS SO ORDERED.