## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00040-JRG |
| HUAWEI DEVICE CO., LTD.,  HUAWEI DEVICE USA INC., | § § § | |
| *Defendants*. | § § | |

### ORDER

Before the Court is the Unopposed Motion to Withdraw Motion to Compel Supplementation of Plaintiff's Privilege Log (Dkt. No. 98) (Dkt. No. 125) (the "Motion").  In the Motion, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") request to withdraw their Motion to Compel Supplementation of Plaintiff's Privilege Log (Dkt. No. 98) because Plaintiff served its Supplemental and Amended Privilege Log on November 10, 2021.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Samsung's Motion to Compel Supplementation of Plaintiff's Privilege Log (Dkt. No. 98) is **withdrawn**.

**So Ordered this**

**Dec 21, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE