IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00040-JRG |
| HUAWEI DEVICE CO., LTD.,  HUAWEI DEVICE USA INC., | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Joint Motion for Dismissal (Dkt. No. 156) (the "Motion").  In the Motion, the parties inform the Court that they have resolved Plaintiff Gesture Technology Partners, LLC's ("Gesture") claims for relief against Defendants Huawei Device Co., Ltd. and Huawei Device USA, Inc. ("Huawei") asserted in the above-captioned action, except with regard to the accused Nexus 6P product, and further represent that Gesture stipulates that the Nexus 6P does not infringe any claim of any patent asserted in the above-captioned action.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that all claims by Gesture against Huawei in the above-captioned action are **DISMISSED WITH PREJUDICE**.  Each party to bear its own costs, expenses, and fees relating to this litigation (including attorney and expert fees and expenses).  The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as other parties and claims remain.

**So ORDERED and SIGNED this 22nd day of December, 2021.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE