# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, § § § *Plaintiff*, § § v. § § HUAWEI DEVICE CO., LTD., HUAWEI § DEVICE USA INC., § § *Defendants*. § § § SAMSUNG ELECTRONICS CO., LTD. § AND SAMSUNG ELECTRONICS § AMERICA, INC., § *Defendants*. § | | CIVIL ACTION NO.  2:21-CV-00040-JRG (LEAD CASE) CIVIL ACTION NO.  2:21-CV-00041-JRG (CONSOLIDATED CASE) |

## ORDER

Before the Court is the Joint Motion Regarding Remote Mediation Arrangements (Dkt. No. 170) (the "Motion").  In the Motion, the parties request that the Court grant approval for the January 5, 2022 mediation session to be conducted entirely remotely by videoconference, to begin at 3:00 PM CST, and to end no later than 8:00 PM CST.  The parties represent to the Court that the Court-assigned mediator, the Hon. David Folsom, is amenable to these arrangements.

Having considered the Motion, and noting its joint nature and the mediator's approval, the Court finds that is should be and hereby is **GRANTED**.  Accordingly, is it **ORDERED** that the parties' January 5, 2022 mediation session will be conducted remotely by videoconference, begin at 3:00 PM CST, and end no later than 8:00 PM CST.

**So ORDERED and SIGNED this 3rd day of January, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE