**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br>      Plaintiff<br>v.<br>HUAWEI DEVICE CO., LTD.,<br>HUAWEI DEVICE USA, INC.,<br><br>      Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br>      Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

Dated: January 5, 2022

                                        Respectfully submitted,

                                        */s/ Harry L. Gillam, Jr.*
                                        Harry L. Gillam, Jr.
                                        State Bar No. 07921800
                                        GILLAM & SMITH, L.L.P.
                                        303 South Washington Avenue
                                        Marshall, Texas 75670
                                        Telephone: (903) 934-8450
                                        Facsimile: (903) 934-9257
                                        Email: gil@gillamsmithlaw.com

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of January, 2022, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                         */s/ Harry L. Gillam, Jr.*
                                                         Harry L. Gillam, Jr.