IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC., <br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**DESIGNATION OF FRED I. WILLIAMS AS LEAD COUNSEL FOR PLAINTIFF GESTURE TECHNOLOGY PARTNERS, LLC**

Plaintiff Gesture Technology Partners, LLC ("GTP") designates Fred I. Williams as lead counsel. Mr. Williams has already appeared in this matter on behalf of GTP. All pleadings, discovery correspondence, and other materials should continue to be served at:

WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com

Dated: January 21, 2022

Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza

1

Texas State Bar No. 24097730
Robert Rhodes
Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com
rrhodes@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735
Tel: 512-656-5743
kevin@kudlacIP.com
*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 21, 2022 the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system and email.

*/s/ Fred I. Williams*
Fred I. Williams