IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>            Plaintiff<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC.,<br><br>            Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>            Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**SUPPLEMENTAL JOINT STIPULATION OF AGREED MOTIONS *IN LIMINE***

Pursuant to the Sixth Amended Docket Control Order (Dkt. 155), Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (altogether, "Parties") file this Supplemental Joint Stipulation of Agreed Motions *in Limine*. The Parties agree not to mention, allude to, refer to, or elicit testimony upon, in any manner, in the presence of the jury – whether during *voir dire*, opening statement, the presentation of evidence, closing argument, or any other phase of this trial – each of the categories of evidence discussed below without first approaching the Bench and seeking permission from the Court.

16. No party will introduce any reference, evidence, testimony, or argument that there was any pre-suit contact, pre-suit knowledge, or willfulness; this does not preclude Samsung from introducing evidence, testimony, or argument that there was not any pre-suit contact or pre-suit knowledge.

1

17. No party will introduce any reference, evidence, testimony, or argument related to non-reliance on opinion of counsel.

18. No party will introduce any reference, evidence, testimony, or argument related to any duty of Samsung to investigate GTP's patents prior to the litigation as part of its business.

19. No party will introduce any reference, evidence, testimony, or argument related to the absence of any witness or executive.

20. No party will introduce any reference, evidence, testimony (including expert testimony), or argument (or inquiry about or eliciting any testimony) that Dr. Pryor's age or military service impacts the merits of the case as to infringement, invalidity, and damages or that Dr. Pryor's age or military service impacts GTP's burdens of proof; Dr. Pryor may testify fully regarding his age, experience, and military history.

21. No party will introduce any reference, evidence, testimony (including expert testimony), or argument (or inquiry about or eliciting any testimony) regarding the workload, accuracy, thoroughness, and reliability of the USPTO or of its examiners; the parties may generally comment on, reiterate or repeat the points about the patent system and patenting process presented in the Federal Judicial Center video and/or the jury instructions, so long as neither party attempts generally to impune or generally to bolster the USPTO or the patent examination process.

22. No party will introduce any reference, evidence, testimony (including expert testimony), or argument (or inquiry about or eliciting any testimony) about any matters that were not timely and properly disclosed pursuant to the Local Rules, the Federal Rules of Civil Procedure, the Court's Docket Control Order, or other Court Orders.

23.     No party will introduce any reference, evidence, testimony (including expert testimony), or argument regarding, or inquire about or elicit any testimony regarding equitable defenses or related issues.

Given this stipulation, GTP withdraws its opposed motions *in limine* numbers 8, 9, 12, and 17, and Samsung withdraws its opposed motions *in limine* numbers 2, 3, 5, 9, 13, and 16.

Dated: January 30, 2022                    Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza
Texas State Bar No. 24097730
Robert Rhodes
Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com
rrhodes@wsltria.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373

johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735
Tel: 512-656-5743
kevin@kudlacIP.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

<u>/s/ Christopher W. Kennerly</u>
Christopher W. Kennerly (TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (*pro hac vice*)
radheshdevendran@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Melissa R. Smith (TX Bar No. 24001351)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com


*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2022 the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                                            */s/ Fred I. Williams*
                                            Fred I. Williams