# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC.,<br><br>    Defendants. | C.A. NO. 2:21-cv-00040-JRG-RSP<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | C.A. NO. 2:21-cv-00041-JRG-RSP |

## ORDER GRANTING JOINT MOTION REGARDING UPCOMING DEADLINES

Before the Court is the Joint Motion Regarding Upcoming Deadlines filed by Plaintiff Gesture Technology Partners, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.. Having considered the Joint Motion, the Court **ORDERS** the following amendment to this Court's Order, Dkt. No. 229:

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| February 7, 2022 | February 10, 2022 | Samsung to serve a supplemental rebuttal expert report no later than this date. |
| February 11, 2022 | February 16, 2022 | GTP to file a single responsive supplemental brief of no more than seven (7) pages no later than this date. |

In addition, the Court **ORDERS** the following amendment to the Sixth Amended Docket Control Order, Dkt. No. 155:

1

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| February 7, 2022 | February 10, 2022 | * If a juror questionnaire is to be used, an editable (in Microsoft Word) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |

**SIGNED this 7th day of February, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE