IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC,<br><br>     Plaintiff<br><br>v.<br><br>HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC.,<br><br>     Defendants. | **JURY TRIAL DEMANDED**<br><br>C.A. NO. 2:21-cv-00040-JRG<br><br>LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>     Defendants. | C.A. NO. 2:21-cv-00041-JRG |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (altogether, "Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement.

GTP and Samsung have reached settlement in principle of all matters in controversy between the Parties and are in the process of finalizing the documents pertaining to the settlement. The Parties wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense. The Parties anticipate that they will be able to submit dismissal papers within thirty (30) days from the date of this filing. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the Parties and with the Court, until March 11, 2022.

The Parties submit that good cause exists for granting this joint motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served. Wherefore, the

1

Parties respectfully request that the Court enter the proposed order submitted with this joint motion and grant the Parties such other and further relief to which they are entitled.

Dated: February 9, 2022

Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Robert Daniel Garza
Texas State Bar No. 24097730
Robert Rhodes
Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com
dgarza@wsltrial.com
rrhodes@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735

Tel: 512-656-5743
kevin@kudlacIP.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

<u>/s/ Christopher W. Kennerly</u>
Christopher W. Kennerly (TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (*pro hac vice*)
radheshdevendran@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Melissa R. Smith (TX Bar No. 24001351)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450

Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 9, 2022 the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Gesture Technology Partners, LLC and counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America Inc., met and conferred, and all parties agree to filing the foregoing document as a joint motion.

*/s/ Fred I. Williams*
Fred I. Williams