# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, <br><br> Plaintiff <br><br> v. <br><br> HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC., <br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> C.A. NO. 2:21-cv-00040-JRG <br><br> LEAD CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:21-cv-00041-JRG |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (altogether, the "Parties'") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). In the Motion, the Parties inform the Court that they have reached a settlement in principle of all matters in controversy between the Parties and request a stay of all proceedings in the above-captioned matter, including all pending deadlines between the Parties and with the Court, until March 11, 2022.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED.

Accordingly, it is ORDERED that all pending deadlines in the above-captioned matter are STAYED for thirty (30) days from the date of this Order, during which time appropriate papers shall be filed with the Court.