# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:21-cv-00040-JRG-RSP (LEAD CASE) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement, filed by Plaintiff Gesture Technology Partners, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Dkt. No. 235.

After consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that all deadlines are **STAYED** through March 11, 2022. It is further **ORDERED** that, absent a showing of good cause, the Parties will submit dismissal papers no later than March 11, 2022.

**SIGNED this 11th day of February, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE