**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | |
| Plaintiff | **JURY TRIAL DEMANDED** |
| v. | |
| HUAWEI DEVICE CO., LTD., AND HUAWEI DEVICE USA, INC., | C.A. NO. 2:21-cv-00040-JRG |
| | LEAD CONSOLIDATED CASE |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | C.A. NO. 2:21-cv-00041-JRG |
| Defendants. | |

<u>**JOINT MOTION TO EXTEND THE STAY OF ALL DEADLINES**</u>

Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (altogether, "Parties") file this Joint Motion to Extend the Stay of All Deadlines.

On February 9, 2022, the Parties filed a Joint Motion to Stay All Deadlines and Notice of Settlement.  Dkt. 235.  The Parties informed the Court that they reached a settlement in principle and are in the process of finalizing the documents pertaining to the settlement.  At the time, the Parties anticipated that they would be able to submit dismissal papers before March 11, 2022.  The Court granted the Parties' motion and ordered that all deadlines are stayed through March 11, 2022.  Dkt. 236.  The Court further ordered that absent a showing of good cause, the Parties will submit dismissal papers no later than March 11, 2022.  *Id.*

The Parties file the present joint motion to respectfully request an extension of the stay of all deadlines for five (5) days.  The Parties remain committed to their settlement in principle, and

are actively working to finalize the documents pertaining to the settlement.  The Parties submit

that good cause exists for granting this joint motion, as this joint motion is not filed for purposes

of delay, but so that justice may be served in the most efficient manner and without wasting judicial

or party resources.  Accordingly, the Parties respectfully request that the Court enter the proposed

order submitted with this joint motion.

Dated: March 11, 2022                    Respectfully submitted,

                                         By: */s/ Fred I. Williams*
                                         Fred I. Williams
                                         Texas State Bar No. 00794855
                                         Michael Simons
                                         Texas State Bar No. 24008042
                                         Robert Daniel Garza
                                         Texas State Bar No. 24097730
                                         Robert Rhodes
                                         Texas State Bar No. 24116958
                                         WILLIAMS SIMONS & LANDIS PLLC
                                         327 Congress Ave., Suite 490
                                         Austin, TX 78701
                                         Tel: 512-543-1354
                                         fwilliams@wsltrial.com
                                         msimons@wsltrial.com
                                         dgarza@wsltrial.com
                                         rrhodes@wsltria.com

                                         Todd E. Landis
                                         State Bar No. 24030226
                                         WILLIAMS SIMONS & LANDIS PLLC
                                         2633 McKinney Ave., Suite 130 #366
                                         Dallas, TX 75204
                                         Tel: 512-543-1357
                                         tlandis@wsltrial.com

                                         John Wittenzellner
                                         Pennsylvania State Bar No. 308996
                                         WILLIAMS SIMONS & LANDIS PLLC
                                         1735 Market Street, Suite A #453
                                         Philadelphia, PA 19103

Tel: 512-543-1373
johnw@wsltrial.com

Kevin S. Kudlac
Texas Bar No. 00790089
Kudlac PLLC
1916 Wimberly Lane
Austin, TX 78735
Tel: 512-656-5743
kevin@kudlacIP.com
*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*

*/s/ Christopher W. Kennerly*
Christopher W. Kennerly (TX Bar No. 00795077)
chriskennerly@paulhastings.com
Radhesh Devendran (*pro hac vice*)
radheshdevendran@paulhastings.com
Boris S. Lubarsky (*pro hac vice*)
borislubarsky@paulhastings.com
David M. Fox (*pro hac vice*)
davidfox@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi
robertlaurenzi@paulhastings.com

3

PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Harry Lee Gillam, Jr. (TX Bar No. 07921800)
gil@gillamsmithlaw.com
Melissa R. Smith (TX Bar No. 24001351)
melissa@gillamsmithlaw.com
James Travis Underwood (TX Bar No. 24102587)
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co.,
Ltd and Samsung Electronics America, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that due to the CM/ECF outage on March 11, 2022, the undersigned caused a copy of the foregoing document to be served on all counsel of record on March 14, 2022, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Melissa R. Smith*