# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Case No. 2:21-cv-00040-JRG-RSP (LEAD CASE) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Joint Motion to Extend the Stay of All Deadlines, filed by Plaintiff Gesture Technology Partners, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Dkt. No. 239.

After consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that all deadlines are **STAYED** through March 18, 2022. It is further **ORDERED** that, absent a showing of good cause, the Parties will submit dismissal papers no later than March 18, 2022.

**SIGNED this 15th day of March, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE