**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GESTURE TECHNOLOGY PARTNERS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:21-cv-00040-JRG-RSP (LEAD CASE) |
| HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA, INC., | § § § | |
| *Defendants.* | § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | Case No. 2:21-cv-00041-JRG (MEMBER CASE) |
| *Defendants.* | § § | |

<u>**ORDER**</u>

Before the Court is the Joint Motion for Dismissal with Prejudice filed by Plaintiff Gesture Technology Partners, LLC ("GTP") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.  (Dkt. No. 241.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, GTP's claims for relief against Samsung and relating to Samsung's accused products in this case are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So ORDERED and SIGNED this 23rd day of March, 2022.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE